IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CHIRAG SHAH, | |
| Plaintiff, | |
| vs. | Civil Action No. 1:13CV1481 AJT/JFA |
| SOUTHWEST AIRLINES, *et al.*, | |
| Defendants. | |

### RULE 26(a)(3) DISCLOSURES

Southwest Airlines Co. ("Southwest"), pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's January 17, 2014 Order, hereby makes the following pre-trial disclosures:

**I.     WITNESSES**

| *Name* | *May Present (M)/Will Present (W)* | *Expected to be presented by Deposition (Y/N)* |
|---|---|---|
| Ava Alley | M | Y |
| Elizabeth Behrens | M | N |
| Elaine Bohlin | M | N |
| Ruby Boykin | M | N |
| George Cannon | W | N |
| John Chausee | W | N |
| Brent Harper | W | N |
| Tim Leonard | M | N |
| Mary Mortenson | M | N |
| Regina Paschall | W | N |
| Shannon Ramos | W | N |
| Susan Saavedra | M | N |
| Chirag Shah | M | Y |

Case 1:13-cv-01481-AJT-JFA   Document 26   Filed 06/18/14   Page 2 of 4 PageID# 112

## II.    EXHIBITS

| Number | Description | Bates or Exhibit Nos. |
|---|---|---|
| 1 | George Cannon's Flight Operations IR Summary Report | SWA000003-000005 |
| 2 | Regina Paschall IR # 173349 | SWA000009-000011 |
| 3 | Shannon Ramos IR # 173475 | SWA000006-000008 |
| 4 | Jason Hartman IR # 042587 | SWA000019-000020 |
| 5 | FOM Section 21.6.6 | SWA000023-000025 |
| 6 | Southwest Contract of Carriage | SWA000026-000062 |
| 7 | FAM Section 1.20 and 1.2.1 | SWA000082 |
| 8 | Inflight Initial Training Leader's Guide p. 5 | SWA000135 |
| 9 | CIRRUS Itinerary | SWA000199-000205 |
| 10 | Web Form Complaint | Shah #1 |
| 11 | Apr. 16, 2013 at 10:50 am Response to Your Inquiry | Shah #2 |
| 12 | Email from Lisa Keegan to Chirag Shah | SWA000206 |
| 13 | Email from Lisa Keegan to Chirag Shah | Shah #3 |
| 14 | Email from Lauren to Chirag Shah | SWA000207 |
| 15 | Request for Response | SWA000208 |
| 16 | Request for Reports | SWA000339-000341 |
| 17 | Email from Trey Shaw to Deborah Edwards et al. (Apr. 30, 2013) | SWA000320-000321 |
| 18 | Email from Elise May to Trey Shaw (Apr. 30, 2013) | SWA000324-000325 |
| 19 | Email from Ted Thornton to Trey Shaw (May 3, 2013) | SWA000326-000327 |
| 20 | SR 213659802352 Communications | SWA000344-000345 |
| 21 | May 16, 2013 3:09 pm Email from Elizabeth Behrens | Shah #4 |
| 22 | MWAA Police Report | SWA000347-000348 |
| 23 | Policy Concerning Harassment, etc. | SWA000374 |
| 24 | Southwest Airlines Safety & Security Commitment | SWA000383 |
| 25 | Cabin Diagram | Shah #5 |
| 26 | Expert Report of Tim Leonard | From Southwest's Expert Disclosures |
| 27 | Expert Report of Brent Harper | From Southwest's Expert Disclosures |
| 28 | Expert Report of John Chaussee | From Southwest's Expert Disclosures |
| 29 | TSA Layers of Security Graphic | From John Chaussee's report |
| 28 | Southwest reserves the right to offer any of the documents that were submitted to the Transportation Security Administration for Sensitive Security Information review if such use is authorized by the TSA | |
| 29 | Southwest reserves the right to offer any exhibit listed by the plaintiff | |
| 30 | Southwest reserves the right to offer any exhibit that in fairness should be allowed | |

Dated: June 18, 2014                             SOUTHWEST AIRLINES CO.
                                                 By Counsel

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ *Jonathan M. Stern*

Jonathan M. Stern (Va. Bar No. 41930)
750 Ninth Street, NW
Suite 550
Washington, DC 20001
Telephone: (202) 419-4202
Telefax: (202) 419-4252
Email: jstern@schnader.com

**CERTIFICATE OF SERVICE**

  I hereby certify that, on this 18th day of June 2014, I filed this Disclosure using the Court's ECF filing system, which will provide a copy to:

   Thomas R. Breeden, Esq.
   Thomas R. Breeden, P.C.
   10326 Lomond Drive
   Manassas, Virginia 20109
   Telephone: (703) 361-9277; Telefax: (703) 257-2259
   trb@tbreedenlaw.com


By: /s/ *Jonathan M. Stern*
Jonathan M. Stern (Va. Bar No. 41930)
SCHNADER HARRISON SEGAL & LEWIS LLP
750 Ninth Street, NW
Suite 550
Washington, DC 20001
Telephone: (202) 419-4202
Telefax: (202) 419-4252
Email: jstern@schnader.com
Counsel for Southwest Airlines Co.