# United States District Court

## PRETRIAL CONFERENCE

Time: __10:05 – 10:10__

Case # __1:13-cv-01481__

Date: __6-19-2014__


Title: __CHIRAG SHAH   v   SOUTHWEST AIRLINES, et al__


DOCKET ENTRY: **Final Pretrial Conference**

---

PRESENT:__HONORABLE ANTHONY J. TRENGA__, Presiding

__Janice L. Allen__

Deputy Clerk

---

**APPEARANCES:**

Counsel for: Plaintiff [X]    Defendant [X]    Pro-Se [  ]


**TRIAL:**

[X] Case set for trial by **JURY** on __9/08/2014__ at __10:00 A.M. (est. approx. 4 days)__

[  ] Case set for trial by **COURT** on _____ at _____