IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

CHIRAG SHAH,

    Plaintiff,

vs.                                 Civil Action No. 1:13CV1481 AJT/JFA

SOUTHWEST AIRLINES, *et al.*,

    Defendants.

## SOUTHWEST'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

SOUTHWEST AIRLINES CO. ("Southwest"), in accordance with the Court's Order dated January 17, 2014, objects as follows to exhibits listed on plaintiff's supplemental Rule 26(a)(3) disclosure:[1]

| X# | Description | Objection(s) |
|---|---|---|
| 1 | April 16, 2013 reply email at 10:50 a.m. to Plaintiff from Defendant | N/A |
| 2 | April 16, 2013 reply email at 12:31 p.m. to Plaintiff from Lisa Keegan, Southwest Airlines | N/A |
| 3 | May 16, 2013 reply email at 3:09 p.m. to Plaintiff from Elizabeth Behrens, Specialist, Customer Advocacy | N/A |
| 4 | Phone Notes 213659802352, Bates SWA000001 - SWA000002 | Fed. R. Evid. 411 – "sending response reviewed/approved by Bill Ranieri at USAIG" should be redacted prior to admission to remove reference to Southwest's liability insurer. |
| 5 | Flight Operations IR Summary Report, filed by George Cannon, Bates SWA000003-SWA000005 | N/A |
| 6 | Incident Info IR # 173475, filed by Shannon Ramos, Bates SWA000006-SWA000008 | N/A |
| 7 | Incident Info, IR # 173349, filed by Regina Paschall, Bates SWA000009-SWA000011 | N/A |
| 8 | Incident Info, IR # 173343, filed by Ava | Fed. R. Evid. 402, 403 – this is a report |

---

[1] Although titled a "Supplemental" disclosure, Southwest's counsel understands that this was intended to replace the original filing.

| | | |
|---|---|---|
| | Alley, Bates SWA000012-SWA000013 | completed by a flight attendant with no involvement in the events. Plaintiff wishes to place it before the jury because it refers to "2 middle eastern looking men." The entirety of the substance is: "I did not witness the event,.. all I knew was that we had aborted take-off from the Captain announcing we had to go back to the gate for a passenger incidence. As soon as we arrived at the gate, & the doors were disarmed, two police persons came aboard and escorted 2 middle eastern looking men off the plane. After some time, we closed the doors and pushed back without them." |
| 9 | Ground Ops MOM Irregularity Report, filed by Ruby Boykin, Bates SWA000014 - SWA000018 | N/A |
| 10 | IR #042587, Bates SWA000019-SWA000020 | N/A |
| 11 | Mom Report for Monday April 15, 2013, SWA 000021-SWA000022 | N/A |
| 12 | Chapter 21, Passenger/Cargo Handling, SWA000023-SWA 000025 | Fed. R. Evid. 402, 403 – Everything before "21.6.6 Unacceptable Passengers" should be redacted as irrelevant and potentially confusing. That material deals with passengers smoking on the airplane, which did not happen in this case.[2] |
| 13 | Soutwest [id.]Airlines Contract of Carriage - Passenger, Sixth Revised, SWA000026-SWA000062 | N/A |
| 14 | 21.6.4 Security Request Guidelines, SWA 000063-SWA000070 | N/A |
| 15 | Flight Attendant Manual, SWA000071-SWA000082 | N/A |
| 16 | Training - Inflight Initial Leader's Guide, SWA000083 - SWA000118 | N/A |
| 17 | Training - Inflight Initial Training Leader's Guide, SWA000119 - SWA000198 | N/A |
| 18 | CIRRUS >> Itinerary, SWA000199 - SWA000200 | N/A |
| 19 | CIRRUS >> Remark, SWA000201 - SWA000204 | N/A |
| 20 | Southwest Airlines Flight Operations | N/A |

---

[2] The same document is Southwest's Exhibit 5, and we will redact it in the same manner for trial.

|    | Training Manual, SWA000228-SWA000319 |    |
|----|---|---|
| 21 | Email from Trey Shaw dated April 30, 2013, SWA000320 - SWA000321 | N/A |
| 22 | Email from Elise May dated April 30, 2013, SWA000324-SWA000325 | N/A |
| 23 | Email from Ted Thornton dated May 3, 2013, SWA000326-SWA000327 | N/A |
| 24 | Email from Elizabeth Behrens, dated May16, 2013, SWA000328 | N/A |
| 25 | Email from Mary Mortensen, dated May 16, 2013, SWA000329 - SWA000331 | Fed. R. Evid. 411 – this exhibit includes an email from an attorney at Southwest's liability insurer, who recommended a minor change to a letter the company sent to the plaintiff. |
| 26 | Email from Ruby Boykin dated April 15, 2013, SWA000336-SWA000338 | N/A |
| 27 | SWA000342 - SWA000345 | N/A |
| 28 | Chirag Shah's Resume | Fed. R. Evid. 802 |
| 29 | Stan Smith's Report | Fed. R. Evid. 403, 702, 802 and for additional reasons set forth in a motion in limine (Doc. No. 29) |
| 30 | Stan Smith's CV | Fed. R. Evid. 802 and for additional reasons set forth in a motion in limine (Doc. No. 29) |
| 31 | Charlotte Bryan's Report | Fed. R. Evid. 403, 701, 702, 703, 802 and for additional reasons set forth in a motion in limine (Doc. No. 30) |
| 32 | Charlotte Bryan's CV | Fed. R. Evid. 802 and for additional reasons set forth in a motion in limine (Doc. No. 30) |
| 33 | Rebuttal Report of Charlotte Bryan | Fed. R. Evid. 802 |
| 34 | Metropolitan Washington Airports Authority Police Department Airline Incident Report #R201300787 | N/A |
| 35 | Stipulation of Southwest Finances | Plaintiff offers this exhibit for his punitive damages claim, which Southwest contends is not viable. Southwest anticipates submitting a brief on the subject prior to trial |
| 36 | TSA Incident Report issued by Inspector Ray A. Perry (To be provided upon receipt) | Southwest cannot formulate objections without knowing the contents and, therefore, reserves all objections |
| 37 | Any other TSA documents received related to this incident responsive to Plaintiff's FOIA Request (To Be provided upon | Southwest cannot formulate objections without knowing the contents and, therefore, reserves all objections |

| | | |
|---|---|---|
| | receipt) | |
| 38 | Any and all deposition transcripts taken in this matter | Southwest objects to any of the deposition transcripts going into evidence on the grounds that they contain inadmissible material and should be shared with the jury in question and answer fashion in open court, if at all |
| 39 | Any and all documents identified by Defendant | N/A |

Dated:  June 30, 2014                                                                Respectfully Submitted,

                                                                                SOUTHWEST AIRLINES CO.
                                                                                By Counsel

SCHNADER HARRISON SEGAL & LEWIS LLP

/s/ *Jonathan M. Stern*
Jonathan M. Stern (Va. Bar No. 41930)
Aaron Fickes (admitted *pro hac vice*)
Schnader Harrison Segal & Lewis LLP
750 Ninth Street, N.W., Suite 550
Washington, DC 20001-4534
Phone: 202-419-4202
Fax:     202-419-4252
Email: jstern@schnader.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of June 2014, I filed this set of Objections to Plaintiff's Exhibits using the Court's ECF filing system, which will provide a copy to:

>Thomas R. Breeden, Esq.
>Thomas R. Breeden, P.C.
>10326 Lomond Drive
>Manassas, Virginia 20109
>Telephone: (703) 361-9277; Telefax: (703) 257-2259
>trb@tbreedenlaw.com

By: /s/ *Jonathan M. Stern*
Jonathan M. Stern (Va. Bar No. 41930)
SCHNADER HARRISON SEGAL & LEWIS LLP
750 Ninth Street, NW
Suite 550
Washington, DC 20001
Telephone: (202) 419-4202
Telefax: (202) 419-4252
Email: jstern@schnader.com
Counsel for Southwest Airlines Co.