UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CHIRAG SHAH | ) |
| | ) |
| | )Civil Action No. 1:13CV1481 AJT/JFA |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SOUTHWEST AIRLINES, *et al.*, | ) |
|       Defendants. | ) |
| | ) |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT
SOUTHWEST AIRLINES RULE 26(a)(3) DISCLOSURES**

COMES NOW your Plaintiff, Chirag Shah, by counsel, and submits the following objections to Defendant Southwest Airlines' Rule 26(a)(3) disclosures:

**I.      WITNESSES**

1.      Ava Alley - No objection

2.      Elizabeth Behrens - No objection

3.      Elain Bohlin - objection as to witness testimony for lack of foundation

4.      Ruby Boykin - No objection

5.      George Cannon - - No objection to his testifying, subject to such limitations on her testimony as the Court may rule in the Plaintiff's Motion in Limine to be filed.

6.      John Chausee - objection as to witness testimony for lack of foundation

7.      Brent Harper -  objection as to witness testimony for lack of foundation

8.      Tim Leonard - objection as to witness testimony for lack of foundation

9.      Mary Mortenson - No objection

10. Regina Paschall - No objection to her testifying, subject to such limitations on her testimony as the Court may rule in the Plaintiff's Motion in Limine to be filed.

11. Shannon Ramos - No objection to her testifying, subject to such limitations on her testimony as the Court may rule in the Plaintiff's Motion in Limine to be filed.

12. Susan Saavedra - No objection

13. Chirag Shah - No objection

**II - EXHIBITS**

1.      George Cannon's Flight Operations IR Summary Report - Hearsay

2.      Regina Paschall IR # 173349 - Hearsay, Relevance, Conclusory

3.      Shannon Ramos IR #173475 - Hearsay, Relevance, Conclusory

4.      Jason Hartman IR # 042587 - Hearsay, Relevance, Conclusory

5.      FOM Section 21.6.6 - No Objection

6.      Southwest Contract of Carriage - No Objection

7.      FAM Section 1.20 and 1.2.1 - Relevance

8.      Inflight Initial Training Leader's Guide p.5 - Relevance

9.      CIRRUS Itenerary - Objected to in part - Bates SW000205 is objected to as hearsay, conclusory

10.     Web Form Complaint - No objection

11.     April 16, 2013 at 10:50 am Response to your Inquiry - No Objection

12.     Email from Lisa Keegaqn to Chirag Shah - No objection

13.     Email from Lisa Keegan to Chirag Shah - No objection

14.     Email from Lauren to Chirag Shah - No Objection

15.     Request for Response - Relevance, Hearsay, Conclusory

16.     Request for Reports - No objection

17.     Email from Trey Shaw to Deborah Edwards, et al (April 30, 2013) - No objection

18.     Email from Elise May to Trey Shaw (April 30, 2013) - No objection

19.     Email from Ted Thornton to Trey Shaw (May 3, 2013)- Hearsay, Relevance, Conclusory

20.     SR213659802352 Communications - No objection

21.     May 16, 2013 3:09 pm Email from Elizabeth Behrens - No objection

22.     MWAA Police Report - No objection

23.     Policy Concerning Harassment, etc - Relevance

24.     Southwest Airlines Safety & Security Commitment - Relevance

25.     Cabin Diagram - No objection

26.     Expert report of Tim Leonard - Relevance, lack of foundation, Hearsay

27.     Expert Report of Brent Harper - Relevance, lack of foundation, Hearsay

28.     Expert Report of John Chaussee - Relevance, lack of foundation, Hearsay

29.     TSA Layers of Security Graphic - Relevance, lack of foundation, Hearsay


                                        CHIRAG SHAH
                                        By Counsel



_____/s/_____
Thomas R. Breeden, Esquire, VSB #33410
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
(703) 361-9277 - Telephone
(703) 257-2259 - Facsimile
*Counsel for Plaintiff*


Sanjay Sethi
SETHI & MAZAHERI, LLC
2121 Eisenhower Ave, Suite 200
Alexandria, VA 22314
(917) 886-8288 - Telephone
(201) 595-2957 - Facsimile
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2014, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send a

notification of such filing (NEF) to the following:

Jonathan M. Stern (VSB# 41930)
Schnader Harrison Segal & Lewis LLP
750 Ninth Street, NW
Suite 550
Washington, DC  20001
(202) 419-4202
(202) 419-4252 fax
jstern@schnader.com
*Counsel for Defendant*

_____/s/_____
Thomas R. Breeden, Esquire
(VSB #33410)
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia  20109
(703) 361-9277 Telephone
(703) 257-2259 Facsimile
trb@tbreedenlaw.com
*Counsel for Plaintiff*