# Stern, Jonathan M.

| | |
|---|---|
| **From:** | Mary Mortensen |
| **Sent:** | Thursday, May 16, 2013 3:02 PM |
| **To:** | Elizabeth Behrens |
| **Subject:** | FW: FW: CR SR 213660741679--Pax Chirag Shah--Due ***ASAP*** |
| **Attachments:** | 213660741679--Shah denied boarding due to strange behavior discrim.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mary Mortensen
Senior Supervisor
Customer Claims Administration
Southwest Airlines Co.
P O Box 36611
Dallas, TX  75235
214-███████
214-███████ (f)
www███████████

-----Original Message-----
From: William.Ranieri████████████████████████████████
Sent: Thursday, May 16, 2013 1:58 PM
To: Mary Mortensen
Cc: sherry.ortiz██████████
Subject: Re: FW: CR SR 213660741679--Pax Chirag Shah--Due ***ASAP***

My suggested revision is included in the attached; it references "safety-related issues".

(See attached file: 213660741679--Shah denied boarding due to strange behavior discrim.docx) William F. Ranieri


USAIG    UNITED STATES AIRCRAFT INSURANCE GROUP

AMERICA'S  FIRST  NAME  IN  AVIATION  INSURANCE  _____

125 Broad St. | 6th Floor | New York, NY 10004 | 212████████    TEL
████████ MOBILE | ████████ FAX | ████████ CLAIMS FAX | ████████com | ████████

USAIG is managed by United States Aviation Underwriters, Inc.

From: Mary Mortensen <​​​​​​​​​​​​​>
To: "william.ranieri" <william.ranieri​​​​​​​​>,
"sherry.ortiz" <sherry.ortiz​​​​​​​>,
Date: 05/16/2013 12:50 PM
Subject:FW: CR SR 213660741679--Pax Chirag Shah--Due ***ASAP***


Bill or Sherry, Elizabeth needs a quick turnaround regarding the above.

Mary Mortensen
Senior Supervisor
Customer Claims Administration
Southwest Airlines Co.
P O Box 36611
Dallas, TX  75235

 (f)
com


From: Elizabeth Behrens
Sent: Thursday, May 16, 2013 11:35 AM
To: Mary Mortensen
Subject: CR SR 213660741679--Pax Chirag Shah--Due ***ASAP***

As a followup to our conversation, here are the related documents and my response draft to send over for review.  I used verbiage from a response that Donna Sue did to a similar situation that our Legal Team reviewed.
FYI—the Customer traveled on a flight the next morning.
Before responding, I followed up with Elise May—Assistant Manager Inflight Safety—who said, "The FAs did exactly what they are trained…they contacted the Pilots with their concerns. It was the Captain's call to return to the gate."

I appreciate your help!
EB



****** CONFIDENTIALITY NOTICE ******


This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system.

Thank you. [attachment "213660741679--Shah denied boarding due to strange behavior discrim.docx" deleted by William Ranieri/USAU/GRN] [attachment "A FA #392.pdf" deleted by William Ranieri/USAU/GRN] [attachment "B FA #392.pdf" deleted by William Ranieri/USAU/GRN] [attachment "C FA #392.pdf" deleted by William Ranieri/USAU/GRN] [attachment "IAD SOPI.pdf" deleted by William Ranieri/USAU/GRN]

---------------------------------------------------------------------

This transmission, including attachments, is intended for the person or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. If you are not the intended recipient, please delete the original and all copies of this transmission and notify the sender.

**Stern, Jonathan M.**

| | |
|---|---|
| **From:** | Elizabeth Behrens |
| **Sent:** | Thursday, May 16, 2013 3:06 PM |
| **To:** | Mary Mortensen |
| **Subject:** | RE: FW: CR SR 213660741679--Pax Chirag Shah--Due ***ASAP*** |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You are the BEST! Thank you, thank you, thank you!
:)

-----Original Message-----
From: Mary Mortensen
Sent: Thursday, May 16, 2013 2:02 PM
To: Elizabeth Behrens
Subject: FW: FW: CR SR 213660741679--Pax Chirag Shah--Due ***ASAP***



Mary Mortensen
Senior Supervisor
Customer Claims Administration
Southwest Airlines Co.
P O Box 36611
Dallas, TX  75235
214
214




-----Original Message-----
From: William.Ranieri              [mailto:William.Ranieri            ]
Sent: Thursday, May 16, 2013 1:58 PM
To: Mary Mortensen
Cc: sherry.ortiz
Subject: Re: FW: CR SR 213660741679--Pax Chirag Shah--Due ***ASAP***

My suggested revision is included in the attached; it references "safety-related issues".

(See attached file: 213660741679--Shah denied boarding due to strange behavior discrim.docx) William F. Ranieri


USAIG    UNITED STATES AIRCRAFT INSURANCE GROUP

AMERICA'S  FIRST  NAME  IN  AVIATION  INSURANCE  _____

13

125 Broad St. | 6th Floor | New York, NY 10004 | ███████ TEL
███████ MOBILE | ███████ FAX | ███████ CLAIMS FAX | wranieri███████ | ███████

USAIG is managed by United States Aviation Underwriters, Inc.


From:   Mary Mortensen <Mary.Mortensen███████>
To:     "william.ranieri███████,
        "sherry.ortiz███████>,
Date:   05/16/2013 12:50 PM
Subject: FW: CR SR 213660741679--Pax Chirag Shah--Due ***ASAP***


Bill or Sherry, Elizabeth needs a quick turnaround regarding the above.

Mary Mortensen
Senior Supervisor
Customer Claims Administration
Southwest Airlines Co.
P O Box 36611
Dallas, TX  75235
214███████
214███████
███████



From: Elizabeth Behrens
Sent: Thursday, May 16, 2013 11:35 AM
To: Mary Mortensen
Subject: CR SR 213660741679--Pax Chirag Shah--Due ***ASAP***

As a followup to our conversation, here are the related documents and my response draft to send over for review.  I used verbiage from a response that Donna Sue did to a similar situation that our Legal Team reviewed.
FYI—the Customer traveled on a flight the next morning.
Before responding, I followed up with Elise May—Assistant Manager Inflight Safety—who said, "The FAs did exactly what they are trained…they contacted the Pilots with their concerns. It was the Captain's call to return to the gate."

I appreciate your help!
EB



******* CONFIDENTIALITY NOTICE *******

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system.
Thank you. [attachment "213660741679--Shah denied boarding due to strange behavior discrim.docx" deleted by William Ranieri/USAU/GRN] [attachment "A FA #392.pdf" deleted by William Ranieri/USAU/GRN] [attachment "B FA #392.pdf" deleted by William Ranieri/USAU/GRN] [attachment "C FA #392.pdf"
deleted by William Ranieri/USAU/GRN] [attachment "IAD SOPI.pdf" deleted by William Ranieri/USAU/GRN]

--------------------------------------------------------------------

This transmission, including attachments, is intended for the person or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. If you are not the intended recipient, please delete the original and all copies of this transmission and notify the sender.

word with the flt attendant nor did I cause any scene anywhere. I asked the police to speak to the person sitting right next to me, though they stated that I will not be allowed to fly.

So please contact me and I want to escalate this higher up the chain.

Thx


Response Draft:

Thank you for taking the time to follow up with us regarding your recent experience as our Customer. I was saddened to learn that you were unable to travel as scheduled, and I appreciate this opportunity to respond to your concerns.

After we received your e-mail, we requested additional information from the Crew who worked Flight #392 on April 15 and the Washington (Dulles) Customer Service Supervisor with whom you interacted. Two of the Flight Attendants indicated that after observing your behavior during the preflight Safety briefing, they contacted the Captain who made the decision to return the aircraft to the gate. You were denied boarding on Flight #392 due to safety-related issues in accordance with our *Contract of Carriage*. Please know that your concerns have been shared with the appropriate Leaders for their review and internal followup. That being said, I assure you that Southwest does not condone discrimination or prejudice in any form. Indeed, we want and solicit business from anyone who is kind enough to give it to us.

Again, thank you for contacting us. We look forward to having an opportunity to serve you again soon. It is always our privilege to welcome you onboard.