IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHIRAG SHAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No. 1:13CV1481 |
| | ) |
| SOUTHWEST AIRLINES, et al | ) |
| | ) |
| Defendant. | ) |

**Reply Declaration of Plaintiff's Attorney Thomas R. Breeden in Further Support of Plaintiff's Motion in Limine for Certain Pretrial Orders**

Thomas R. Breeden, an attorney at law, hereby declares under penalties of perjury that the following statements are true to the best of his knowledge, information, and belief:

1. I am an attorney licensed to practice in the Commonwealth of Virginia, and I am admitted to practice before this Court.

2. I am an attorney of record for the Plaintiff in this action.

3. I am making this Declaration for the purpose of attaching documents that are referred to in the accompanying Plaintiff's Reply Memorandum in Support of Plaintiff's Motion in Limine for Certain Pretrial Orders, but have not yet been made part of the court docket.

4. I am attaching as <u>Exhibit A</u> a true and correct copy of documents produced by Southwest and Bates-stamped SWA000001-SWA000022.

5. I am attaching as <u>Exhibit B</u> a true and correct copy of documents produced by Southwest and Bates-stamped SWA000320-SWA000349.

6. I am attaching as <u>Exhibit C</u> a true and correct copy of "Plaintiff's Answers to Defendant Southwest Airlines First Request for Admissions, Set of Interrogatories and Request for Production of Documents," which my office mailed to Southwest's attorneys in February 2014.

Dated: August 1, 2014

<u>Thomas R. Breeden</u>
Thomas R. Breeden

## CERTIFICATE OF SERVICE

I certify that on August 1, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jonathan M. Stern (VSB# 41930)
Schnader Harrison Segal & Lewis LLP
750 Ninth Street, NW
Suite 550
Washington, DC 20001
(202) 419-4202
(202) 419-4252 fax
jstern@schnader.com
*Counsel for Defendant*

                                          _____/s/_____
                                          Thomas R. Breeden, Esquire
                                          (VSB #33410)
                                          THOMAS R. BREEDEN, P.C.
                                          10326 Lomond Drive
                                          Manassas, Virginia 20109
                                          (703) 361-9277 Telephone
                                          (703) 257-2259 Facsimile
                                          trb@tbreedenlaw.com
                                          *Counsel for Plaintiff*