# Exhibit A

**Phone Notes** *213659802352*

| Note Type | Created By | Created | Note |
|---|---|---|---|
| Phone Notes | Saavedra, Susan | 4/16/2013 08:12:04 AM | Pax is upset that he was deboarded due to suspicious activity.Pax states he was just minding his own business and not one of the FA's ever spoke to him in regards to anything. Pax states when they started to take off the plane turned around and the pilot stated he had to go back because they were having some problems with a pax.Pax states the FA told police he was fidgeting. Pax wants a written reponse to this matter and all reports taken at the airport. Advised if he would like written report he would have to write in. Apologized for inconvinience advised I would doc complaint. |

*Our Response SR #213660741679*

Dear Chirag,

Thank you for taking the time to follow up with us regarding your recent experience as our Customer.  I was saddened to learn that you were unable to travel as scheduled, and I appreciate this opportunity to respond to your concerns.

After we received your e-mail, we requested additional information from the Crew who worked Flight #392 on April 15 and the Washington (Dulles) Customer Service Supervisor with whom you interacted.  Two of the Flight Attendants indicated that after observing your behavior during the preflight Safety briefing, they contacted the Captain who made the decision to return the aircraft to the gate.  You were denied boarding on Flight #392 due to Safety-related issues in accordance with our *Contract of Carriage*.  Please know that your concerns have been shared with the appropriate Leaders for their review and internal followup.  That being said, I assure you that Southwest does not condone discrimination or prejudice in any form.  Indeed, we want and solicit business from anyone who is kind enough to give it to us.

Again, thank you for contacting us.  We look forward to having an opportunity to serve you again soon.  It is always our privilege to welcome you onboard.

Sincerely,
Elizabeth Behrens
Specialist, Customer Advocacy
(214) 792-5454

*Web Form (Customers e-mail)SR 213660741679*
Hello,
I am 37yrs old man living with my wife and two little boys in fairfax, va area. I do IT consulting for US Federal agencies like CBP, IRS, USCIS etc.
I had a very DISTURBING AND HUMILIATING experience on SW flt #392 as I was escorted out by Police and not allowed to fly, FOR NO APPARENT REASON AT ALL. There was one more gentleman who was also NOT allowed to fly as well, though I do not know the person, but was of Indian descent like me.
I called into SW CSR today and explained the whole event and Susan - the rep on phone has opened a ticket 213659802352 to be escalated up the chain and get the flight report etc.  I am contacting you to ensure that you have this in writing from me as well. Here's what happened and is exactly what I told the TSA folks as well.

I boarded the flight to DEN around 5.50pm from IAD and found a seat in first row window towards the right side of plane. I put my laptop in the bin above and did not have space for my winter jacket which I kept in my lap. I had brought a Potbelly sandwich and Cream soda bottle as well, which I ate while the plane was still at gate. As the plane started taxing I was having causal conversation with gentleman right next to me. I am very fond of planes and airports so I pretty much look out the window like a little kid and keep watching the line we had in front of us as we were taxing. Though I did notice that the flt attendant with blonde short hair and wearing glasses was looking towards me. I kept looking back and forth outside the window and back to her as she was sort of continuing to stare at me for no reason. Anyways, the Flt attendant did her PA and we were moving slowly. I made sure my belt was on. We came up right near the runway and I noticed the plane took a reverse turn instead of going to the runway. The pilot came on the PA and stated they were having couple of passenger issues and were taxxing back to the gate.

They come up to the gate, the police comes into the plane, looked around a little and then asked me to step out and another gentlman as well seated in the first isle row on other side. The first thing the police asked me was whether I was being "difficult" with the staff ? This shocked me as I had not had a single word with the flt attendant nor did I cause any scene anywhere. I asked the police to speak to the person sitting right next to me, though they stated that I will not be allowed to fly.

So please contact me and I want to escalate this higher up  the chain. Thx

## SR #213660741679 Notes

| Note Type | Created By | Created | Note |
|---|---|---|---|
| Research | Behrens, Elizabeth | 5/16/2013 02:08:00 PM | sending response reviewed/approved by Bill Ranieri at USAIG |
| Research | Shaw, Floyd | 5/3/2013 04:23:33 PM | Waiting to receive followup e-mails from Inflight Leaders in PHX. Meeting with EB on Monday, May 6 - Trey CR x2069 |
| Research | Shaw, Floyd | 4/30/2013 02:08:29 PM | Working with Elizabeth Behrens to get additional reports from Inflight Managers for this incident. She stated this may take a few days to complete and this response will have to be reviewed by Legal. Trey CR x2069 |
| IR Request Details | Hufham, Lauren | 4/16/2013 04:24:14 PM | requesting reports from PHX Inflight and IAD GO. |
| Research | Hufham, Lauren | 4/16/2013 04:10:14 PM | police were called. need to handle as altercation. |
| Research | Keegan, Lisa | 4/16/2013 11:29:09 AM | ADVO reviewed - statement about being Indian decent but not specific enough; handle as Customer serivce/refusal to transport. Please have proofed. Keegan |
| Research | Keegan, Lisa | 4/16/2013 11:13:54 AM | CIRRUS notes - IAD H-PILOT BROUGHT AIRPLANE BACK TO THE GATE-NL-AND PAX HAD TO H- BE REBOOKED TO THE-NL-NEXT DAY,SUP RUBY GOT H-INVOLVED,THANKS |
| IR Request Details | Fenton, Cathy | 4/16/2013 10:06:11 AM | need to request reports from IAD and INF |
| Research | Fenton, Cathy | 4/16/2013 09:59:05 AM | no other contacts found |

SWA000002

# Flight Operations IR Summary Report

**SOUTHWEST AIRLINES**

Report Number
53256

**Flight Ops SOPI Reporting**

Current IR Status: Filed

## IR Identification

| | | | |
|---|---|---|---|
| **Event Date:** | 4/15/2013 | **Submitted Date:** | 4/16/2013  10:28:13AM |
| **Approx. Time of Event:** | 1720 | **Event Category:** | Security |

## Flight History

| | | | |
|---|---|---|---|
| **Flight Number:** | 392 | **This is a Non-Flt related event:** | No |
| **Aircraft Type:** | 700 | **Scheduled Departure City:** | IAD |
| **Aircraft Number:** | N758SW | **Scheduled Arrival City:** | DEN |
| **Mission:** | Passenger | **Diversion City:** | |

## Narrative

Just prior to taking the runway for departure, the flight attendants called the cockpit to inform us that they were very alarmed about the behavior of two male passengers seated in the front row. After discussing the details of their behavior, which included fidgety body movements and nervous glancing, we decided to return to the gate and deplane them.  We were met by airport police, airport operations, and TSA. After removing the passengers and their luggage, the flight continued uneventfully.

## Submitter

| | | | |
|---|---|---|---|
| **First Name:** | George | **Domicile:** | PHX |
| **Last Name:** | Cannon | **Seat Assignment:** | Left Seat |
| **Employee #:** | e20533 | **Duties During Event:** | Pilot Flying (PF) |

## Location of Event

| | | | |
|---|---|---|---|
| **Phase/Location at Time of Event:** | Taxi Out | | |
| **Flight Plan:** | Domestic | **Control Status:** | Controlled |

## Flight Conditions

| | | | |
|---|---|---|---|
| **Weather:** | | **Light/Visibility:** | Daylight |
| **Weather:** | | **Ceiling (Feet):** | |
| **Weather:** | VMC | **Visibility (NM):** | |
| | | **RVR (Feet):** | |
| | | **Wind Direction (Degrees 000-360):** | |
| | | **Wind Speed (Knots 0-400):** | |

## Miscellaneous Information

| | | | |
|---|---|---|---|
| **Was an Emergency Declared:** | No | **HGS:** | |
| **Logbook Entry Made:** | N/A | | |
| **Dispatch notified:** | Yes | | |
| **Maintenace Notified:** | N/A | | |

## Aircraft Related

In the Air (takeoff runway to landing runway)

| | | | |
|---|---|---|---|
| **Airspace:** | | **Radial:** | |
| **Altitude - MSL (Feet):** | | **Distance (NM):** | |
| **Altitude - AGL (Feet):** | | **Airspeed Knots (0-400):** | |
| **Navaids in Use/Nearest Fix:** | | **Airspeed Mach (.60-.99):** | |
| **Fix/Approach Description:** | | **Heading (Degrees 000-360):** | |

On the Ground (non-runway related)

| | | | |
|---|---|---|---|
| **Airspace Location:** | Taxi Way | **Please Specify:** | J1 |

Non-Aircraft and/or Personnel Related

| | | | |
|---|---|---|---|
| **Station Where Occurred:** | IAD | | |
| **Location:** | | **Please Specify:** | |
| **Did you contact Hotel Mgmt:** | No | | |

NOTICE:  THIS DOCUMENT IS THE PROPERTY OF SOUTHWEST AIRLINES CO. ("SOUTHWEST").  IT IS AN INTERNAL DOCUMENT NOT INTENDED FOR DISTRIBUTION TO EXTERNAL ENTITIES, EXCEPT WHEN SO REQUIRED BY GOVERNMENT AGENCIES IN CONNECTION WITH OFFICIAL GOVERNMENT BUSINESS, BY SUBPOENA, OR TO SATISFY SOUTHWEST'S LEGAL OBLIGATIONS.  FURTHERMORE, THIS IRREGULARITY REPORT CONTAINS CONFIDENTIAL BUSINESS INFORMATION ("CBI"), ACCORDINGLY, SOUTHWEST MAINTAINS THAT IT IS EXEMPT FROM FURTHER PUBLIC DISCLOSURE BY A GOVERNMENT AGENCY UNDER THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552(b)(4), THE U.S. DEPARTMENT OF TRANSPORTATION REGULATIONS ON PUBLIC AVAILABILITY OF INFORMATION, 49 C.F.R. § 7.13, AND STATE FREEDOM OF INFORMATION AND GOVERNMENT AGENCY DISCLOSURE STATUTES.  THIS REPORT IS INTENDED FOR THE EXCLUSIVE, CONFIDENTIAL USE OF THE INTENDED RECIPIENT.  IF YOU ARE NOT THE INTENDED RECIPIENT AND HAVE RECEIVED THIS IRREGULARITY REPORT IN ERROR, PLEASE DO NOT READ, DISTRIBUTE OR TAKE ACTION IN RELIANCE ON IT. PLEASE NOTIFY THE SENDER IMMEDIATELY AND DESTROY ANY PHYSICAL COPIES AND DELETE ANY ELECTRONIC COPIES FROM YOUR COMPUTER SYSTEM.

5

SWA000003

George Cannon | Home

## Irregularity Report

Print    Back

**IR # 053256**                                                      **Status: Filed**

### Incident Info

| | |
|---|---|
| Submitted Date | 04/16/13 10:28 AM |
| Event Date | 04/15/13 1720 |
| Approximate Time of Event (Central Time) | |
| Event Category *(Refer to FOM Chapter 22 for guidelines)* | Security |
| Other Category - Not Listed | |
| Bird/Wildlife Strike Confirmation # | |

### Flight History

| | |
|---|---|
| This is a Non-Flight related event. | ☐ |
| Flight Number | 392 |
| Departure City | IAD |
| Offline (specify) | |
| Arrival City | DEN |
| Offline (specify) | |
| Diversion City | |
| Offline (specify) | |
| Aircraft Type | 700 |
| Aircraft Number | N758SW |
| Mission | Passenger |
| Other, please specify | |

### Narrative

Just prior to taking the runway for departure, the flight attendants called the cockpit to inform us that they were very alarmed about the behavior of two male passengers seated in the front row. After discussing the details of their behavior, which included fidgety body movements and nervous glancing, we decided to return to the gate and deplane them. We were met by airport police, airport operations, and TSA. After removing the passengers and their luggage, the flight continued uneventfully.

### Submitter Info

| | |
|---|---|
| Employee Name | George Cannon |
| Employee Number | e20533 |
| Base | PHX |
| Seat Assignment | Left Seat |
| Duties During Event | Pilot Flying (PF) |

### Location of Event

| | |
|---|---|
| Phase/Location at Time of Event | Taxi Out |
| Other, please specify | |
| Flight Plan | Domestic |
| Control Status | Controlled |

### Flight Conditions

| | | | |
|---|---|---|---|
| Weather (Please select) | VMC | Visibility (NM) | |
| Turbulence | | RVR (Feet) | |
| Other | | Wind Direction (000-360): | |
| Light/Visibility | Daylight | Wind Speed (Knots 0-400): | |
| Ceiling (Feet) | | | |

### Miscellaneous Information

| | |
|---|---|
| Was an emergency declared? | No |
| Logbook entry made? | N/A |
| Dispatch notified? | Yes |
| Maintenance notified? | N/A |
| ETOPS authorized aircraft? | N/A |
| HGS | |

### Aircraft Related

| | | | |
|---|---|---|---|
| Airspace | | Distance (NM) | |
| Please specify | | Airspeed Knots (0-400): | |
| Altitude - MSL (Feet) | | Airspeed Mach (.60-.99): | |
| Altitude - AGL (Feet) | | Heading (Degrees 000-360) | |
| Navaids in Use/Nearest Fix | | | |
| Fix/Approach Description | | | |
| Radial (Degrees 000-360) | | | |

### On the Ground (non-runway related)

| | |
|---|---|
| Station Where Occurred (if applicable) | IAD |
| Offline Station | |
| Airfield Location | Taxi Way |
| Please specify | J1 |

### Non-Aircraft and/or Personnel Related

| | |
|---|---|
| Station Where Occurred (if applicable) | |
| Offline Station | |
| Location | |
| Please specify | |
| Did you contact Hotel Management? | |

SOPI
Version 9.5.0 (Prod)

SWA000005

Welcome, Marsha Roberts | Home

Print   Close

## Incident Info

| | |
|---|---|
| IR # | 173475 |
| Submitted Date | Apr 18, 2013 10:52:32 AM |
| Event Date | 04/15/13 |

## Flight History

| | |
|---|---|
| Flight Number | 392 |
| Scheduled Departure City | IAD |
| Scheduled Arrival City | DEN |
| Diversion City | |
| Aircraft Type | 700 |
| Aircraft Number | N758SW |

## Narrative

As I was standing by the front entry door preparing to do the emergency briefing PA I noticed the man sitting in 1F (Row 1, window seat, FO side). I took notice of him because his behavior was different. I observed him looking out the window in an erratic manner, then he would look at me, then look over to the opposite row 1 and then repeat. He was fidgety and unsettled. After completing the briefing and my walk through when I returned to the front and sat down on the jumpseat and we began to taxi Regina (B) said to me, "did you notice that guy acting really different?" I said "yes, I have been watching him since we started the briefing," and I pointed to the man in 1F. To that she replied, "no, not that man, the man in 1C", I had not even seen the man in 1C. I thought to myself that it was strange that we are both noticing odd behavior, but it was not coming from the same man, and they are both seated in the front row. Regina described to me what she was expiriencing with the man in 1C. She explained that while she was performing the emergency briefing she had to ask the man in 1C to put his seatbelt on 4 times. She first asked him to put it on when she was doing the demo, she gave him a minute to comply and asked him again during her walkthrough, after the entire demo was complete she touched his leg and asked him again to fasten his seatbelt this time he shook his head as if to acknowlege what she was asking ,but he still did not comply, she continued one more time asking him and this time he did put his seatbelt on and looked at her and said, "I'm just out of it". During the time she was telling me what she had just experienced with the man in 1C she began to observe the erratic behavior of the man in 1F. She could see that when 1F was looking at the opposite row 1 he was looking at the man in 1C. As Regina and I are discussing the behavior of the 2 men we observe 1F buckle his seat belt, we did not noticed his seatbelt was not buckled because he had a coat on his lap. Regina and I also observed that 1F had an empty glass bottle in his hands. As Regina and I continued to discuss the behavior of the two men, 1C took out the safety information card from the bulkhead and began to look at it, while 1F took out the Spirit magazine and began to vigerously flip through pages. All the while 1F continued his erratic behavior of looking out the window, looking at me and looking at 1C. As Regina and I talked we began to get extremely uncomfortable, uneasy, and alarmed, we discovered that individually, without previously talking about it, we had already begun to consider possible ABA's. I was getting so uneasy I told Regina that after we took off she should go get her food from the back and come up and eat with me because I didn't want to be in front alone. The more we talked about what we were observing and how we felt about it and the training we have had we went back and forth if we should call the pilots and tell them. This was a very long taxi and when the pilots gave us the ding to announce cleared for departure we looked at other and knew we could not go. I dinged the pilots 4 times and when the Captain answered I explained the situation to him and he said we will go back to the gate. About a minute went by, the Captain came on the PA and told the passengers we would be returning to the gate. When we arrived at the gate we were meet by the police, TSA, and airport authority and several SWA employees. Regina and I explained to the police our obsevations of the 2 men and the police boarded the aircraft and took them off into the jetway. The Captain was asked by someone in the jeyway if we wanted to take them with us after talking to them and he said, "no". The Captain told the ramp we need to pull any checked bags and I went onboard to retreive their carryon items. Regina and I gave our information to the police. The Captain, Regina and I boarded the airplane and we pushed the gate.

## Submitter Info

| First Name | Last Name | Employee Number | Base | Position Flown |
|---|---|---|---|---|
| Shannon | Ramos | e46085 | PHX | A |

## Other Flight Attendants

| Employee ID | First Name | Last Name | Base | Position Flown |
|---|---|---|---|---|
| 17291 | Regina | Paschall | PHX | C |
| 46936 | Ava | Alley | PHX | B |

## Event Type

| | |
|---|---|
| Event Type | Security |

SWA000006

## Select Equipment Involved

Equipment Involved (Please select)          NA

## Event Information

Flight Phase at Time of Event                                    Taxi Out
*Select the flight phase in which the incident began*

Was Fasten Seat Belt Sign On?                                   Yes
Event Location                                                  Cabin
Seat Number
*(e.g. 22B)*

## Medical Assistance

Medical Assistance (Please select)          NA

## Witnesses of Event

| First Name | Last Name | Addr. 1 | Addr. 2 | City | State | Zip | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|
| List is empty. | | | | | | | | | | |

## Passengers Directly Involved

| First Name | Last Name | Addr. 1 | City | State | Zip | State | Drivers License | Birth Date | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| List is empty. | | | | | | | | | | | | |

## Medical Personnel Involved

| Title | First Name | Last Name | Addr. 1 | City | State | Zip | Medical Certificate License | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|
| List is empty. | | | | | | | | | | | |

## ▼Supporting Info

| | Created | Creator | Reference Type | Reference # |
|---|---|---|---|---|
| | 04/16/2013 | Marsha L Roberts | Customer Relations Request | SR 213660741679 |

## ▼Back Office

| General Info | | Actions Taken | |
|---|---|---|---|
| Created on | Apr 17, 2013 03:45:54 PM | HDQ Action | |
| Created by | Shannon M Ramos | Base Action | |
| Current Status | Base Admin Review | | |
| Current Status Date | Apr 18, 2013 10:52:37 AM | | |
| Hold for Publication | ☐ | | |
| Report Flag | ☑ | | |

### Linked Event Info

| | Event Number | Event Date | Flight Number | Dep. City | Arr. City | Status |
|---|---|---|---|---|---|---|
| | 089104 | 04/15/2013 | 392 | IAD | DEN | Unfiled |

## ▼IR History

| | Submitted Date | | Last Name | | First Name | Comments |
|---|---|---|---|---|---|---|
| | 04/18/2013 10:52:38 AM | Ramos | | Shannon M | | Submit Inflight IR to Base |

SWA000007

**▼FYI History**

⇒ Submitted Date          ⇒ Last Name          ⇒ First Name                    Comments

No FYI History found.

Print    Close

SOPI
Version 9.3.0 (Prod)

SWA000008

Welcome, Marsha Roberts | Home

Print    Close

## Incident Info

| | |
|---|---|
| IR # | 173349 |
| Submitted Date | Apr 16, 2013 07:17:17 PM |
| Event Date | 04/15/13 |

## Flight History

| | |
|---|---|
| Flight Number | 392 |
| Scheduled Departure City | IAD |
| Scheduled Arrival City | DEN |
| Diversion City | |
| Aircraft Type | 700 |
| Aircraft Number | N758SW |

## Narrative

While doing my demonstration in C position, I noticed a pax in seat 1C and he appeared to be very nervous and not quite there with us. He gave me no eye contact and was not paying attention to the demo at all. I noticed his seatbelt was unfastened and I said " sir your seatbelt is not fastened". No response from him, so I repeated myself. No response. So then I softly touched his knee to get his attention and I once again asked him to fasten his seatbelt. He responded by nodding his head "yes", but never attempted to fasten his seatbelt. So I moved a little closer to him and asked him to please fasten his seatbelt and he said " oh oh I'm sorry I'm so out of it!" I had to ask him four times to fasten the seatbelt. It was as if I were not standing right in front of him. I lean back and ask the A if she had noticed anything strange about him (1C). She replied who the man by the window? She went on to tell me the pax in seat 1D had made her uneasy. He was looking out the window often, looking at her (A f/a), looking at the gentleman I had spoken with ( seatbelt) and just seemed really nervous. We were trying to figure out if they knew each other because they were giving constant eye contact between the two of them? Both men proceeded to look thru the information card, the spirit magazine all while we are taxing out for departure. I got an uneasy feeling and started looking for able bodied men to help me if anything happened during the flight. The A and I agreed that we were not comfortable with taking off with the two men aboard. The pax in seat 1D also had an empty glass bottle maybe Coke bottle that I threw away. Suddenly we were cleared for departure and we decided to notify the Captain. We returned to the terminal and the two men were questioned. They did not return to the aircraft. I'm not sure what happened after that. I was told that one of the men had no checked luggage and was only traveling with a computer bag. We didn't get any witnesses because we didn't want to alarm any passengers.

## Submitter Info

| First Name | Last Name | Employee Number | Base | Position Flown |
|---|---|---|---|---|
| Regina | Paschall | e17291 | PHX | C |

## Other Flight Attendants

| Employee ID | First Name | Last Name | Base | Position Flown |
|---|---|---|---|---|
| List is empty. | | | | |

## Event Type

| | |
|---|---|
| Event Type | Safety Related |

## Select Equipment Involved

| | |
|---|---|
| Equipment Involved (Please select) | Other |
| Other, please specify | None |

## Event Information

| | |
|---|---|
| Flight Phase at Time of Event | Push back |
| *Select the flight phase in which the incident began* | |
| Was Fasten Seat Belt Sign On? | Yes |
| Event Location | Cabin |
| Seat Number | 1c |
| *(e.g. 22B)* | |

## Medical Assistance

| | |
|---|---|
| Medical Assistance (Please select) | |

SWA000009

## Witnesses of Event

| First Name | Last Name | Addr. 1 | Addr. 2 | City | State | Zip | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|
| | | None | | | | | | | | |
| | | None | | | | | | | | |

## Passengers Directly Involved

| First Name | Last Name | Addr. 1 | City | State | Zip | State | Drivers License | Birth Date | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Na | | | | | | | | | | | | |
| Na | | | | | | | | | | | | |

## Medical Personnel Involved

| Title | First Name | Last Name | Addr. 1 | City | State | Zip | Medical Certificate License | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Na | | | | | | | | | | | |
| Na | | | | | | | | | | | |

## ▼Supporting Info

| Created | Creator | Reference Type | Reference # |
|---|---|---|---|
| 04/16/2013 | Marsha L Roberts | Customer Relations Request | SR 213660741679 |

## ▼Back Office

| General Info | | Actions Taken |
|---|---|---|
| Created on | Apr 16, 2013 04:43:27 PM | HDQ Action |
| Created by | Marsha L Roberts | Base Action |
| Current Status | Base Admin Review | |
| Current Status Date | Apr 16, 2013 07:17:22 PM | |
| Hold for Publication | ☐ | |
| Report Flag | ☑ | |

### Linked Event Info

| Event Number | Event Date | Flight Number | Dep. City | Arr. City | Status |
|---|---|---|---|---|---|
| 089104 | 04/15/2013 | 392 | IAD | DEN | Unfiled |

### ▼IR History

| Submitted Date | Last Name | First Name | Comments |
|---|---|---|---|
| 04/16/2013 07:17:22 PM | Paschall | Regina A | Submit Requested IR |
| 04/16/2013 04:43:30 PM | Roberts | Marsha L | Request New IR |

### ▼FYI History

| Submitted Date | Last Name | First Name | Comments |
|---|---|---|---|
| No FYI History found. | | | |

Print   Close

SWA000011

Welcome, Marsha Roberts | Home

Print   Close

## Incident Info

| | |
|---|---|
| IR # | 173343 |
| Submitted Date | Apr 16, 2013 06:41:57 PM |
| Event Date | 04/15/13 |

## Flight History

| | |
|---|---|
| Flight Number | 392 |
| Scheduled Departure City | IAD |
| Scheduled Arrival City | DEN |
| Diversion City | |
| Aircraft Type | 700 |
| Aircraft Number | N758SW |

## Narrative

I did not witness the event,.. all I knew was that we had aborted take-off from the Captain announcing we had to go back to the gate for a passenger incidence. As soon as we arrived at the gate, & the doors were disarmed, two police persons came aboard and escorted 2 middle eastern looking men off the plane. After some time, we closed the doors and pushed back without them.

## Submitter Info

| First Name | Last Name | Employee Number | Base | Position Flown |
|---|---|---|---|---|
| Ava | Alley | e46936 | PHX | B |

## Other Flight Attendants

| Employee ID | First Name | Last Name | Base | Position Flown |
|---|---|---|---|---|
| e46085 | Shannon | Ramos | PHX | A |
| e17291 | Regina | Paschall | PHX | C |

## Event Type

| | |
|---|---|
| Event Type | Rejected Takeoff |

## Select Equipment Involved

| | |
|---|---|
| Equipment Involved (Please select) | NA |

## Event Information

| | |
|---|---|
| Flight Phase at Time of Event | Taxi Out |
| *Select the flight phase in which the incident began* | |
| Was Fasten Seat Belt Sign On? | Yes |
| Event Location | Cabin |
| Seat Number | |
| *(e.g. 22B)* | |

## Medical Assistance

| | |
|---|---|
| Medical Assistance (Please select) | NA |

## Witnesses of Event

| First Name | Last Name | Addr. 1 | Addr. 2 | City | State | Zip | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|
| List is empty. | | | | | | | | | | |

## Passengers Directly Involved

| First Name | Last Name | Addr. 1 | City | State | Zip | State | Drivers License | Birth Date | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| List is empty. | | | | | | | | | | | | |

## Medical Personnel Involved

SWA000012

| Title | First Name | Last Name | Addr. 1 | City | State | Zip | Medical Certificate License | Phone Area | Exch. | Line | Ext |
|-------|-----------|-----------|---------|------|-------|-----|------------------------------|------------|-------|------|-----|

List is empty.

## ▼Supporting Info

| Created | Creator | Reference Type | Reference # |
|---------|---------|----------------|-------------|
| 04/16/2013 | Marsha L Roberts | Customer Relations Request | SR 213660741679 |

## ▼Back Office

**General Info**

| Created on | Apr 16, 2013 04:43:24 PM |
| Created by | Marsha L Roberts |
| Current Status | Base Admin Review |
| Current Status Date | Apr 16, 2013 07:46:02 PM |
| Hold for Publication | ☐ |
| Report Flag | ☑ |

**Actions Taken**

HDQ Action

Base Action

### Linked Event Info

| Event Number | Event Date | Flight Number | Dep. City | Arr. City | Status |
|--------------|-----------|---------------|-----------|-----------|--------|
| 089104 | 04/15/2013 | 392 | IAD | DEN | Unfiled |

## ▼IR History

| Submitted Date | Last Name | First Name | Comments |
|----------------|-----------|------------|----------|
| 04/16/2013 07:46:02 PM | Alley | Ava J | Submit Requested IR |
| 04/16/2013 06:45:56 PM | Alley | Ava J | Submit Requested IR |
| 04/16/2013 06:42:07 PM | Alley | Ava J | Submit Requested IR |
| 04/16/2013 06:42:02 PM | Alley | Ava J | Submit Requested IR |
| 04/16/2013 04:43:29 PM | Roberts | Marsha L | Request New IR |

## ▼FYI History

| Submitted Date | Last Name | First Name | Comments |
|----------------|-----------|------------|----------|

No FYI History found.

Print   Close

SOPI
Version 9.3.0 (Prod)

SWA000013

**Ground Ops MOM Irregularity Report**

**General Information**

| | | | |
|---|---|---|---|
| **Report Id:** | 148278 | **Name:** | Ruby Boykin |
| **Title:** | Customer Service Supervisor | **Aircraft#:** | N758 |
| **Event City:** | IAD | **Flight#:** | WN392 |
| **Event Date:** | 04/15/2013 | **Original City Pair:** | IAD  To DEN |
| **Event Time:** | 18:30 | **Report Date and Time:** | 04/15/2013 20:10 |

MOM Questions

Was an emergency declared? No

Did the majority of the Customers express concern about the flight? No

Did the Customers experience a highly unusual amount of inconvenience? No

Did the Customers display obvious physical or emotional discomfort? No

Do you feel a follow up message to the Customer is necessary? No

Is this an AirTran operated flight? No

Were you able to provide our Customers with an explanation about what occurred? No

Is this report for a disability-related incident AND have you completed the WN-314/WN-315? No

Was this flight an Ops Recovery (SWORD) Flight? No

Did you issue SLVs for the affected Customers? No

Did you reroute Customers? No

If SLVs were not provided, did you e-mail a specific list of affected Customers to the PCS Team-DG? No

Event Types

Unruly Customer

SWA000014

Disruption Types

Additional Event Information

Event Summary (beginning to end): I was asked to return to the gate because flight 392 was returning to the gate due to 2 unruly passengers. Shannon Ramos #46085 said Chirag Shah #GL7SLE would not buckle his seat belt and he had food in his lap after she made the announcement to prepare for take off, she also asked him a question and he did not answer it correctly. She also said Akilesh Muralidharan #GWK07Z kept looking at Chirag and he was also unruly.They were on row 1 on opposite sides of the aircraft.

Customers' Reaction: They seemed confused and did not know why they were taken off the aircraft.

What type of local Customer Accommodations (if any) were provided? NONE

How did your Team respond to this event? They handled everything calmly. The two passengers were rebooked on flights tomorrow.

Unaccompanied Minors Onboard

There were no Unaccompanied Minors found for this report.

SWA000016

Medical Emergency

There were no Medical Emergencies found for this report.

SWA000017

Unruly Customer(s)

Unruly Customer Contact Information

PNR: GWK07Z

Name: Akilesh Muralidharan

Gender: M

Street Address: 14001 Westmeath Drive

City: Laurel                    State: MD

Zip: 20707

Phone: 301-335-8877

Conversation: He said he did not do anything wrong he was just leaning back in his seat.

Unruly Customer Contact Information

PNR: GL7SLE

Name: Chirag Shah

Gender: M

Street Address: 3917 Beeker Mill Place

City: Chantilly                  State: VA

Zip: 20151

Conversation: He said he did not do anything wrong, he was just looking out the window and he had food in his lap and a drink.

SWA000018

Welcome, Monica Ayoub | Home

## IR # 042587

**Status: Filed**

### Incident Info

| | |
|---|---|
| Date of Incident | 04/15/13 |
| Time of Incident | 1820 |
| Event Category | Customer Issues |
| Event Sub Category | Security |
| Event Location | Other |
| Please specify | Aircraft |
| Weather | |
| Light/Visibility | |

### Submitter Info

| | |
|---|---|
| Employee Name | Hartman,Jason |
| Employee Number | e98269 |
| Location | IAD |
| Station Event Occurred | IAD |
| Phone Number | (703) 661-2162 |

### Subject of IR

Southwest Employee ☐

| | |
|---|---|
| Last Name | First Name |
| Employee ID | PNR |

### Flight Info

| | |
|---|---|
| Is this a non-flight event? | ☐ |
| Flight Date | 04/15/13 |
| Flight Number | 392 |
| Scheduled Departure City | IAD |
| Scheduled Arrival City | DEN |

## Witnesses

### Witness

Southwest Employee ☐

| | |
|---|---|
| Last Name | First Name |
| Employee ID | PNR |

### Witness

Southwest Employee ☐

| | |
|---|---|
| Last Name | First Name |
| Employee ID | PNR |

### Witness

Southwest Employee ☐

| | |
|---|---|
| Last Name | First Name |
| Employee ID | PNR |

### Witness

Southwest Employee ☐

| | |
|---|---|
| Last Name | First Name |
| Employee ID | PNR |

**Narrative**

Flight 392 had to return to the gate due to security concerns of the flight crew. The flight crew deemed two passengers that were in the front row were acting suspiciously while the plane was taxiing.
Airport ops, TSA and MWAA police were dispatched to meet the plane as it arrived back to the gate.
Both passengers were pulled off by the police and interviewed along with the flight crew in the jet way.
Both passengers had checked a total of three bags which were then pulled and sent to the BSO.
The passengers were rebooked for flights leaving on the 16th of April.
PX Shah (GL7SLE) and PX Muralidharan (GWKO7Z) were the two pulled from AC.

[Print]  [Close]

SOPI
Version 9.6.0 (Prod)

SWA000020

3/6/2014

**From:** Adrienne Yurdyga
**Sent:** Tuesday, April 16, 2013 10:49:47 AM
**To:** PCS Daily Report DG
**Subject:** MOM Report for 4/15 Ops
**Auto forwarded by a Rule**

**MOM Report for Monday, April 15, 2013**



**Summary of Other Incidents:**

WN IAD – Station reports two Customers would not buckle seatbelts and had food in their laps for takeoff.  The FA felt uneasy about the way they kept looking at each other, and both were sitting in the first row.  The UCs were DB'd and rebooked for the next day.

SWA000022