# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CHIRAG SHAH )
)
)
Plaintiff, ) Civil Action No. 1:13CV1481 AJT/JFA
)
v. )
)
SOUTHWEST AIRLINES, et al., )
Defendants. )
)

## PLAINTIFF'S ANSWERS TO DEFENDANT SOUTHWEST AIRLINES FIRST REQUEST FOR ADMISSIONS, SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW your Plaintiff, Chirag Shah, by counsel, and submits the following answers to Defendant Southwest Airlines First Request for Admissions, Set of Interrogatories and Request for Production of Documents:

### REQUEST FOR ADMISSIONS

1. You have no direct evidence that Southwest Airlines Co. discriminated against you on April 15, 2013, on the basis of your race, national origin, ethnicity, or perceived religion.

**RESPONSE:** Deny.

2. You have no indirect evidence that Southwest Airlines Co. discriminated against you on April 15, 2013, on the basis of your race, national origin, ethnicity, or perceived religion.

**RESPONSE:** Deny.

3. You were not arrested on April 15, 2013.

**RESPONSE:** Without waiving previous objection, admit.

4. You were not detained on April 15, 2013

**RESPONSE:** Without waiving previous objection, deny.

## INTERROGATORIES

1. For each of the requests for admissions above that you did not unqualifiedly admit, please: (a) state the basis of you denial or qualified admission; (b) identify all persons who know, you believe know, and/or who claim to know the facts stated in response to (a); (c) identify all documents that you contend support the facts stated in response to (a) or which otherwise support your denial or qualified admission.

**RESPONSE:** (a) The basis for the Plaintiff's denials are set forth in both the Complaint and his answers to Interrogatories in further detail. (b) All persons with knowledge have been identified in Plaintiff's Rule 26a1 disclosures as well as in response to Interrogatory #12 herein. (c) All documents are disclosed in response to Request for Production of Documents.

2. State the basis of the allegation in paragraph 3 of your Complaint that "Defendant" removed and excluded Mr. Shah from their flight due to his physical appearance. Mr. Shah is visibly South Asian in origin. Defendant unlawfully relied upon his race, national origin, ethnicity and perceived religion to conclude that he was a security threat."

**RESPONSE:** Plaintiff was seated in the first row of the plane next to the window diagonally to the left of the flight attendant. Plaintiff noticed the flight attendant staring at him while the plane began taxing on to the runway. Plaintiff did not engage the flight attendant in any manner and continued to look out the window as the plane continued down the runway. When the plane was close to the end of the runway, the plane turned around and the pilot announced that they were headed back to the gate due to an issue with a passenger..Plaintiff joked to the gentlemen beside him that they must have left a VIP behind. Once back at the gate, a couple of TSA officers boarded the plane and asked Plaintiff to step off the plane. Once on the jet bridge, the TSA officers asked if Plaintiff was being difficult with the flight attendant. Plaintiff responded that there was no interaction between he and the flight attendant other than the initial pleasantries exchanged as he boarded the flight. Plaintiff was asked for identification and was told it was in his bag which the officer retrieved from the plane. His CBP badge was shown and Plaintiff inquired as to whether this would affect his security clearances. The TSA officer only took a photo of the badge with his Smartphone and stated it would go no further than he and the flight attendants accounts of the incident. While being questioned, Plaintiff noticed that another Indian gentleman had also been escorted off the plane and was being questioned on the bridge. The TSA officers asked Plaintiff if he knew the other Indian gentleman. It became clear to Plaintiff that he

and this other gentleman had been singled out due to their physical appearance and ethnicity.

3. State the basis of the allegations in paragraph 48 of your Complaint that "Plaintiff was publicly humiliated, embarrassed, ashamed, and terrified."

**RESPONSE:** Plaintiff was detained because of his ethnic background and appearance, on a flight that he had purchased and was not allowed to continue to his destination but was escorted off the flight and told he would have to re-book with a customer service agent. Plaintiff was unable to fulfill his work obligations with his client and caused delays to the project he was engaged in due this restraint.

4. Describe in detail each and every manifestation of your humiliation, embarrassment, shame, and terror, as alleged in paragraph 48 of your Complaint.

**RESPONSE:** Plaintiff suffered grave humiliation and embarrassment as a result of this incident. Plaintiff was terrified as a result of the incident he would be discredited and his reputation and livelihood would be destroyed. He was concerned this would affect his security clearance. He was too ashamed and humiliated to disclose the true reason to his client as to why he was unable to make his flight and blamed it on the weather instead. Through no actions of his own, he was suddenly faced with these emotional issues and was reminded of them often when seeing any reference to Southwest or during his frequent traveling. Since the incident, Plaintiff has internalized these emotions as he has been too embarrassed and humiliated to discuss them with anyone. It has only been recently that he has discussed the incident with a few family members.

5. If you have received any psychiatric, psychological, social work, counseling, or similar services because of one or more of the manifestations of humiliation, embarrassment, shame, and/or terror, as to each such service, list the date, name and address of the provider, the duration of the session, and a description of what was accomplished.

**RESPONSE:** Plaintiff has not sought professional counseling or services as a result of his emotions from this incident as he was too embarrassed and ashamed to discuss the incident with anyone and has harbored all of his emotions inward. Only recently has he began to discuss this incident with some of his family members including two family members that are also physicians.

6. State the basis of the allegations in paragraph 50 of your Complaint that "Defendant's initiation of the removal from the plane and subsequent detention by TSA directly caused a restraint of Plaintiff's liberty."

**RESPONSE:** Plaintiff was ordered to be removed from this flight and escorted off by uniformed officers. Plaintiff did not feel that he was free to refuse to leave the plane or to leave when the officers were questioning him.

7. State the basis of the allegations in paragraph 52 of your Complaint that "Plaintiff has suffered loss of his freedom, severe emotional and mental pain and suffering."

**RESPONSE:** Plaintiff has suffered loss of his freedom as he was detained because of his ethnic background and appearance, on a flight that he had purchased and was not allowed to continue to his destination but was escorted off the flight and told he would have to re-book with a customer service agent. Plaintiff was unable to fulfill his work obligations with his client and caused delays to the project he was engaged in due to this loss of freedom. Plaintiff suffered grave humiliation and embarrassment as a result of this incident. Plaintiff was terrified as a result of the incident that he would be discredited and his reputation and livelihood would be destroyed. He was concerned this would affect his security clearance. He was too ashamed and humiliated to disclose the true reason to his client as to why he was unable to make his flight and blamed it on the weather instead. Through no actions of this own, he was suddenly faced with these emotional issues and was reminded of them often when seeing any reference to Southwest or during his frequent traveling. Since the incident, Plaintiff has internalized these emotions as he has been too embarrassed and humiliated to discuss them with anyone. It has only been recently that he has discussed the incident with a few family members.

8. Describe in detail each and every manifestation of severe emotional and mental pain and suffering, as alleged in paragraph 52 of your Complaint.

**RESPONSE:** Plaintiff suffered grave humiliation and embarrassment as a result of this incident. Plaintiff was terrified as a result of the incident he would be discredited and his reputation and livelihood would be destroyed. He was concerned this would affect his security clearance. He was too ashamed and humiliated to disclose the true reason to his client as to why he was unable to make his flight and blamed it on the weather instead. Through no actions of this own, he was suddenly faced with these emotional issues and was reminded of them often when seeing any reference to Southwest or during his frequent traveling. Since the incident, Plaintiff has internalized these emotions as he has been too embarrassed and humiliated to discuss them with anyone. It has only been recently that he has discussed the incident with a few family members.

9. If you have received any psychiatric, psychological, social work, counseling, or similar services because of one or more of the manifestations of severe emotional and mental pain and suffering, as to each such service, list the date, name and address of the provider, the duration of the session, and a description of what was accomplished.

**RESPONSE:** Plaintiff has not sought professional counseling or services as a result of his emotions from this incident as he was too embarrassed and ashamed to discuss the incident with anyone and has harbored all of his emotions inward. Only recently has he began to discuss this incident with some of his family members including two family members that are also physicians.

10. Describe in detail any noneconomic damages that you claim to have suffered as a result of the conduct by Southwest and/or its employees as alleged in your Complaint.

**RESPONSE:** Plaintiff has suffered public humiliation and embarrassment and also feels ashamed and terrified. He has suffered loss of his freedom and severe emotional and mental pain and suffering.

11. Please state your race, national origin, and ethnicity.

**RESPONSE:** Indian - US citizen since 2008 - naturalized

12. Identify each person who witnessed, claims to have witnessed, or you believe to have witnessed the events on board Southwest Flight 392 on April 15, 2013, that are alleged in your Complaint, stating as to each what the person witnessed, claims to have witnessed, or you believe to have witnessed.

**RESPONSE:** Plaintiff - witnessed all events; An American White Man seated next to Plaintiff in the middle seat of same row who Plaintiff believes witnessed at least some portions of incident as well as the American White Man's senior aged father who was seated in the aisle seat of the same row. Two Southwest Airline flight attendants - one who greeted Plaintiff upon boarding the flight and then began staring at him and finally reported an issue causing the plane to be rerouted; a second flight attendant is described as a female of African American decent. Another Indian gentleman that was also removed from the plane and questioned. He was seated in the first row on the aisle and was allegedly taking a nap as the plane taxied down the runway. It is also believed that the pilot of that Southwest flight also witnessed at least some of these events alleged in the Complaint as well as the TSA agents who boarded the plane and removed and questioned Plaintiff and the other Indian gentleman. Other witnesses of these events may not be unknown at this time. Plaintiff reserves the right to supplement this response during discovery.

## REQUEST FOR PRODUCTION

1. All documents you intend to offer into evidence at trial.

**RESPONSE:** Without waiving previous objection, see attached documents.

2. All documents identified, or that should have been identified, in your responses to the above interrogatories.

**RESPONSE:** None.

3. All documents concerning the events that are the subject of your complaint.

**RESPONSE:** Without waiving previous objection, see attached.

4. All documents that evidence the security clearance or clearances you held as of April 15, 2013.

**RESPONSE:** Without waiving previous objection, see Plaintiff's resume.

5. A recent photograph of you that shows your face.

**RESPONSE:** See attached.

6. Given your claim to attorneys' fees in this case, the agreement or agreements you have entered for payment of fees and/or expenses with respect to your representation in this civil action.

**RESPONSE:** See previous objection.

CHIRAG SHAH
By Counsel

_____
Thomas R. Breeden, Esquire, VSB #33410
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
(703) 361-9277 - Telephone
(703) 257-2259 - Facsimile
*Counsel for Plaintiff*


Sanjay Sethi
SETHI & MAZAHERI, LLC
2121 Eisenhower Ave, Suite 200
Alexandria, VA 22314
(917) 886-8288 - Telephone
(201) 595-2957 - Facsimile
*Co-Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed, first class, postage prepaid on the _____ day of February\_\_, 2014, to the following:


Jonathan M. Stern, VSB #41930
SCHNADER HARRISON SEGAL & LEWIS, LLP
750 Ninth Street, NW, Suite 550
Washington, DC 20001
(202) 419-4202 - Telephone
(202) 419-4252 - Facsimile
*Counsel for Defendant*

_____
Thomas R. Breeden

---------- Forwarded message ----------
From: <no-reply@customercommunications.com>
Date: Tue, Apr 16, 2013 at 10:50 AM
Subject: Southwest Airlines Response to Your Inquiry (SR #213660741679)
To: crs.acs@gmail.com

x

Dear Chirag,

Thank you for taking the time to contact Southwest Airlines. We sincerely regret the inconvenience that prompted your correspondence. Your business is important to us, and our goal is to research and resolve your concerns as quickly as possible. As such, you will receive a personal response from a Southwest Airlines Customer Relations Representative addressing the specifics of your e-mail. We will do our best to respond to you within five days. The file reference number for your e-mail is 213660741679.

This is an automated note, so please do not reply to this e-mail. If your correspondence is regarding travel scheduled within the next seven days, please call us at 1-800-435-9792, or check out our Frequently Asked Questions on **southwest.com**.

Stop Searching. Start Traveling. southwest.com®
**southwest.com** | Book Air | Book Car | Book Hotel | Book Cruise | Rapid Rewards | About SWA
Southwest Shortcut | Online Checkin | Flight Status | Interactive Route Map | More Travel Tools

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive

Dallas, TX 75235

Copyright 2013 Southwest Airlines Co. All Rights Reserved.

***** Confidentiality Statement/Disclaimer ***** This message and any attachments are intended for the sole use of the intended recipient. It may contain confidential information. Any unauthorized use, dissemination, or modification is strictly prohibited. If you are not the intended recipient please notify the sender immediately, and delete this e-mail from all your systems; do not copy, use, or print. Internet communications are not secure, and it is the responsibility of the recipient to make sure that they are virus exempt. The company/sender cannot be responsible for any unauthorized alterations or modifications made to the contents. If you require any form of confirmation of the contents, please contact the company/sender. The company/sender is not liable for any errors or omissions in the content of this message.

Copyright © 2003-2014. All rights reserved.

From: <no-reply@customercommunications.southwest.com>
Date: Tue, Apr 16, 2013 at 12:31 PM
Subject: Southwest Airlines Response to Your Inquiry (SR #213660741679)
To: crs.acs@gmail.com



Dear Chirag,

Thank you for your e-mail, which we received in our office today. We were sorry to learn of the difficulties you experienced while traveling with Southwest Airlines.

In order to address the issues raised in your correspondence, we are conducting research with the Employees involved in your travel. As soon as we receive the results of the research, we will report our findings back to you (within 30 days). We appreciate your patience and understanding with regard to this process.

Again, we will be in touch with you once our investigation is complete. In the meantime, on behalf of Southwest Airlines, I apologize for the inconvenience.

Sincerely,

Lisa Keegan, Southwest Airlines

214-932-0333

The file reference number for your e-mail is 213660741679.

Stop Searching. Start Traveling. southwest.com®

southwest.com | Book Air | Book Car | Book Hotel | Book Cruise | Rapid Rewards | About SWA
Southwest Shortcut | Online Checkin | Flight Status | Interactive Route Map | More Travel Tools

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235

Copyright 2013 Southwest Airlines Co. All Rights Reserved.

***** Confidentiality Statement/Disclaimer ***** This message and any attachments are intended for the sole use of the intended recipient. It may contain confidential information. Any unauthorized use, dissemination, or modification is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this e-mail from all your systems; do not copy, use, or print. Internet communications are not secure and it is the responsibility of the recipient to make sure that they are virus exempt. The company/sender cannot be responsible for any unauthorized alterations or modifications made to the contents. If you require any form of confirmation of the contents, please contact the company/sender. The company/sender is not liable for any errors or omissions in the content of this message.

Copyright © 2003-2014. All rights reserved.

---------- Forwarded message ----------
From: <no-reply@customercommunications.southwest.com>
Date: May 16, 2013 3:09 PM
Subject: Southwest Airlines Response to Your Inquiry (SR #213660741679)
To: <crs.acs@gmail.com>
Cc:



Dear Chirag,

Thank you for taking the time to follow up with us regarding your recent experience as our Customer. I was saddened to learn that you were unable to travel as scheduled, and I appreciate this opportunity to respond to your concerns.

After we received your e-mail, we requested additional information from the Crew who worked Flight #392 on April 15 and the Washington (Dulles)

Customer Service Supervisor with whom you interacted. Two of the Flight Attendants indicated that after observing your behavior during the preflight Safety briefing, they contacted the Captain who made the decision to return the aircraft to the gate. You were denied boarding on Flight #392 due to Safety-related issues in accordance with our *Contract of Carriage*. Please know that your concerns have been shared with the appropriate Leaders for their review and internal followup. That being said, I assure you that Southwest does not condone discrimination or prejudice in any form. Indeed, we want and solicit business from anyone who is kind enough to give it to us.

Again, thank you for contacting us. We look forward to having an opportunity to serve you again soon. It is always our privilege to welcome you onboard.

Sincerely,

Elizabeth Behrens

Specialist, Customer Advocacy

(214) 792-5454

The file reference number for your e-mail is 213660741679.

**Stop Searching. Start Traveling. southwest.com®**
southwest.com | Book Air | Book Car | Book Hotel | Book Cruise | Rapid Rewards | About SWA
Southwest Shortcut | Online Checkin | Flight Status | Interactive Route Map | More Travel Tools

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235

Copyright 2013 Southwest Airlines Co. All Rights Reserved.

***** Confidentiality Statement/Disclaimer ***** This message and any attachments are intended for the sole use of the intended recipient. It may contain confidential information. Any unauthorized use, dissemination, or modification is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this e-mail from all your systems; do not copy, use, or print. Internet communications are not secure and it is the responsibility of the recipient to make sure that they are virus exempt. The company/sender cannot be responsible for any unauthorized alterations or modifications made to the contents. If you require any form of confirmation of the contents, please contact the company/sender. The company/sender is not liable for any errors or omissions in the content of this message

Copyright © 2003-2014. All rights reserved.

https://email06.secureserver.net/view_print_multi.php?uidArray=15511|INBOX&aEmlPar...   2/25/2014



Thanks,

**Chirag Shah**

Copyright © 2003-2014. All rights reserved.

# CHIRAG R. SHAH
*Security Architect*

EMAIL: CHIRAG@GOTIDM.COM
Mobile: 214-734-4148 – Fairfax, VA

## SUMMARY
Over fifteen years of *Result Oriented* Management Consulting (Big 4) experience in IT Strategy, Presales, Architecture Design and execution. Core Expertise in leading initiatives and engagements for **Enterprise Application Integration (EAI), Identity Access and Management(IAM) and Web Security**, across various industry verticals including Public Sector.

## EDUCATIONAL PROFILE

**B.E. COMPUTER SCIENCE** - Bachelor of Engineering, Computer Science (1996)
Maharaja Sayajirao University, India.

## TECHNOLOGY AND PRODUCT EXPERIENCE

| | |
|---|---|
| WAM/IAM Products | CA eTrust Siteminder r12.x/6.x, CA Identity Manager r12.x/8.x, Oracle Access Manager 11gR2, Oracle Identity Manager, IBM Tivoli Access Manager, WebSeal, Sun ONE Identity Manager, Oracle Entitlements Server, Arcot MFA (RiskFort, WebFort) |
| Identity Federation | CA Siteminder FSS, Oracle Identity Federation, PingIdentity Federate, Microsoft Active Directory Federation Services (ADFS 2.0), RSA FIM, IBM TFIM |
| Other Security Related | Arcot RiskForte, CA TransactionMinder, CA AccessControl, Valicert Secure Transport, SterlingCommerce ConnectDirect |
| Middleware (EAI) Tools: | Tibco (Rendezvous, Business Works, General Interface, EMS, Adapter SDK, Hawk), IBM Websphere MQSeries, IBM Websphere MessageBroker, IBM MQ Workflow, SOA |
| Programming Languages: | Java 2 (Certified, BrainBench), C/C++, Unix Shell Scripts, Perl, XML, WebServices, SOAP, SAML. |
| J2EE Application Servers/Other | BEA Weblogic Server 6.1/7.0/8.x/9(Diablo), BEA Portal Server, BEA Aqualogic/Integration Server, IBM Websphere 4/5.x/6.x, IBM Websphere Portal 6.0 |
| RDBMS, LDAP: | Oracle 8i/9i, MS SQL Server, IBM UDB DB2, Sun ONE Directory Server, Microsoft Active Directory, IBM Directory Server, CA eDirectory |
| Training/Certification: | CA Siteminder 6.x/12 TopGun 100, CA Siteminder Advanced Course, CA Identity Manager R8/R12, Siteminder SDK for Java, Siteminder Federation, CA Architect Academy Foundation and Advanced Course |

Nationality: U.S. CITIZEN

Active Clearance(s):
- Clearance From Customs Border Protection (CBP-DHS)
- Public Trust Clearance issued by DHS.
- Hold clearances from IRS, Dept Of VA, Dept Of Commerce.

# WORK EXPERIENCE

**ACS COMPUTING INC- (Since 2003)**
Owner

Expertise in Web Security Architecture, Identity Access Management, Multi Factor Authentication, Federation, Cloud Security et.al
Provide design, architecture and implementation services to various Govt. agencies and commercial corporations. Service Partnerships and experience with CA, Oracle, PingIdentity, IBM, RSA & Entrust security products.
Recent clients - IRS, Dept Of Commerce, US TradeMark and Patent Office, United Technologies et.al

Listed below are the clients I have provided consulting services (chronological order):

**US Customs & Border Protection (CBP)** (Mar'12 – Dec'13) – Falls Church, VA
*Role: ICAM Enterprise Architect, 03/12 - Present.*

- Designed CBP's Identity, Credential and Access Management (ICAM) across the enterprise using Oracle Security COTS products on Oracle's Exalogic Virtualized Infrastructure
- Work with various CBP and DHS Program Agencies to onboard various mission critical web applications with ICAM services. Implement solutions for each application based on established ICAM Framework. Implementation is done using following product suite - Oracle Identity Manager, Oracle Federation, Oracle Access Manager, Oracle Virtual Directory, Oracle Internet Directory.
- Setup ICAM System of record repository and integrate with other multiple provisioning resources including CA Top Secret, AD, IBM TIM/TAM et.al. Design provisioning workflows as per CBP current business processes. Implemented Identity Federation design with multiple external agencies.
- Lead PIV Card Project implementation across CBP Enterprise for HSPD-12 compliance. Implement CBP Network logon using PIV Card and eventually integrate with ICAM services.

**US Department Of Veterans Affair (VA)** (Mar'11 – Mar'12) – Fairfax, VA

*Role: Identity and Access Management Architect*

- Architected and implemented integration of CA Identity Manager (IdM) and Provisioning platform across multiple endpoints including Siebel, Oracle, AD, Linux, etc.
- Integration and configuration of Virtual Directory (RadiantLogic) with IdM and CADirectory.
- Configured extensive Auditing and reporting functionality (using Business Objects) in CA IdM.
- Presented and Demoed successfully to higher VA Authorities.

*Role: Security Architect*

VAForVets is a brand new initiative which facilitates the reintegration, retention and hiring of Veteran employees at the Department of Veterans Affairs (VA).

- Lead Security Architect on the new web platform for Dept Of VA – http://VAForVets.va.gov
- Architected an Identity Federation (SAML based SSO) platform using Microsoft Sharepoint 2010 and Active Directory Federation Services (ADFS 2.0)
- Designed and implemented robust, fully load balanced and fail over compliant based ADFS Architecture supporting upto 5-10 million users.
- Integrated with various partner sites including Monster.com, PDRI, Military.com et.al based on SAML and WS_Federation specifications.
- Integrated with Dept of VA' Federation Authentication Infrastructure (VAAFI) allowing for seamless SSO for existing Dept of VA users to the new portal.

**J.P.Morgan** (Oct'10 – Nov'11) – part time
Role: Siteminder Federation SME

- Lead Corporations Retirement Services Security Initiatives to enable Identity Federation across all alliance partners and participant companies.
- Work with various client corporations to design, gather and implement SAML 2.x based federation projects.
- Successfully implemented with multiple client's vendor products ( including RSA FIM, IBM FIM, PingFederate, Microsoft ADFS) to federate with our Siteminder Federation infrastructure across various environments.
- Provide 24x7 production support to corporation and over twenty federated clients.

- Lead pilot integration of CA Arcot RiskFort with Retirement App. and Siteminder.
- Successfully planned and migrated from Siteminder 6.x to 12.5 without any downtime across two major data centers. Over 300 domains, policies, authentication schemes were migrated seamlessly to the new release.
- Responsible for all Siteminder Policy and Federation Services administration and configuration including IdP/SP based SSO/SLO, Attribute Queries, X.509 based Certificate management et.al

**Dept. of Homeland Security** (Dec'08 – Jan'11)
Role: Enterprise Service Bus Operations Manager / Lead Architect   (Agency - USCIS)

- Lead USCIS Tibco Enterprise Service Bus (ESB) Infrastructure Operations and Management Division, including a team of seven direct and twenty five indirect reports. Handling project budget of over 15 million dollars annually.

- Responsible to handle daily operations of critical ESB Services (based on SOA Architecture using Tibco Product Suite) that supports critical USCIS programs including US-Visit, Citizenship and Asylum Applications, Alien Verification Services, Background Checks, Biometric Scanning and Collection etc.

- Built the division from scratch to manage all post development activities including Administration, configuration and deployment of ESB Services. Setup 24x7 support for multiple services per SLA's and ensure live Tier-3 support for prompt issue resolution. Also, standardized Service Release deployments based on ITLM processes.

- Leading initiatives to Strategize and Implement robust Disaster Recovery and Business Continuity Plan across all the ESB Services. Established programs to automate monitoring and alert systems, enabling proactive support to end users.

**US Department Of Veterans Affair (VA)**  (Dec'08 – May'08) – Fairfax, VA
Role: Identity and Access Management Architect

The OASIS Cross-Enterprise Security and Privacy Authorization (XSPA) works to standardize the way healthcare providers, hospitals, pharmacies, and insurance companies exchange patient privacy policies, consent directives, and authorizations within and between healthcare organizations.

- Designed and delivered an initial prototype for a planned VA end-to-end Interoperability Demonstration based on XSPA specifications. Demo was presented across various major conventions/shows both in US and UK.

- Conducted an evaluation of key vendor products that are capable to implement the XSPA specifications based use cases using XACML, SAML, WS-Trust Profiles et.al.

- Setup three demo slices using CA Identity and Access Management Product Suite, Oracle Entitlements Server (using Oracle Weblogic 10.x)  and HIPPAT Privacy eSuite integrating with a core XSPA application to demonstrate end to end interoperability using XSPA Use cases.

- Demonstrated following sets of use cases simulating VA healthcare application business functions in a standards-based service oriented environment:
  Structural roles access control, Functional roles and Permissions access control, Purpose of use
  access control, Patient Directed Information Masking, Patient Consent Directives.

**IBM – US AirForce CIO** (Nov'08 –Dec'08) – Fairfax, VA
Role: SOA Security Architect

- Created and delivered an End to End Web Services Security Solution Architecture for the US AirForce Office of Information Technology.
- Worked with IBM Research to materialize the concept of securing web services from end users desktop to web service endpoints. The custom solution was based on utilizing the Web Service Security standards stack including WS-Security, WS-Trust, XML Digital Signature and Encryption et.al. Designed to handle both Symmetric and Asymmetric Keys
- Solution was designed in a product neutral way by utilizing the latest standards in Web Service security.
- Created a proof of concept demo using Sun's Glassfish stack, IBM Tivoli Federation identity manager.

**AMDOCS, INC**  (Jan'08 – Nov'08) – Herndon, VA
Role: Lead Security Architect

- Lead enterprise web application security design initiatives and integration efforts for various Amdocs clients (major telecom service vendors)
- Work with major vendor products including IBM TAM, CA Siteminder, Entrust et.al. Establishing a core security competency within Amdocs consulting division. Created vmware demos for CA Siteminder and IBM TAM, showcasing their featured capabilities, ease of integration with Application Servers etc.

- Currently implementing Identity federation, Single SignOn, Web Services Security, integration with other application security components, using IBM TAM (WebSeal), CA Siteminder, CA Identity Manager.
- Design and implement highly scalable and robust web application security and identity federation for various Sprint partners including Google, RackSpace, uLocate, SwapDrive.
- Support day to day administration, configuration and migration activites for IBM TAM, WebSeal, SunOne WebServers, Websphere Application and Portal Server. Provide production migration plans, impact analysis for upgrades, physical and logical diagrams for enterprise wide deployments of TAM and Siteminder.

**CA, INC** (Mar'07-Jan'08) – Herndon, VA
Employee: Security Architect

- Led Enterprise Security Architecture design and delivery for CA clients (Fortune 100) engagements including Identity management, Web Authentication and Access, Identity federation initiatives.
- Contributed towards CA Identity Federation knowledge base by building multiple federation demos encompassing various standards (SAML 2.0, WS-Federation), use cases, integrating with other federation products, communicating technical product insights, mentoring pre-sales and service colleagues on execution plans and approach.
- Led as Architect/Engineer for the following major engagements including CA Siteminder, Federation Security Services, Identity manager et.al.
    - Federation Implementation between Siteminder FSS and Microsoft Active Directory Federation Services - (Large Defense Contractor – UK).
    - Siteminder Policy Server Migration from 6.x to R12 – (Major Investment Banking firm – Boston)
    - Siteminder and PingIdentity based Federation Project - (World #2 Pharmaceutical - UK)
    - CA Identity Manager (Password Services, Provisioning and Workflow) Implementation (Major Utility company in VA)
    - Delivered Architecture plan and implementation strategy for major CA Identity Manager and Siteminder rollout for FiServ. Majjor rollout of services including Workflow automation & user provisioning, password services and delegated administration.

FREDDIE MAC (Oct'06-Feb'07) – Mclean, VA
Role: Security Architect

**EDS - FEDERAL RESERVE BANK (US TREASURY)** (Oct'03-Oct'06) – Herndon, VA
Role: Enterprise Application Integrator

Lead Application Integrator for four (4) major banking applications for the Federal Reserve Bank (FRB) of St.Louis and Richmond.

- Integrate, configure and deploy multiple major FRB applications with standard TWAI components including hands on expertise on following product suites: J2EE, WebServices, SOA, BEA Weblogic Server 7/8, IBM Websphere 4/5, Netegrity Siteminder, Lighthouse Identity Mgmt, IPlanet Directory Server, IPlanet Web Server, IBM Websphere MQ v5.3, Mercury Test Center, Load Runner et. al.

- Integrated Sun Identity Manager with Netegrity SiteMinder, WebLogic, and Sun One LDAP Directory server. Implemented self registration and provisioning, delegated administration, password reset, user recertification.

**QUEST DIAGNOSTICS LABS** (Nov'01 –Jul'03) – New York/New Jersey
Role: Software Engineer/Architect

**CAP GEMINI ERNST & YOUNG CONSULTING (CGEY)** (Jul'99 – Oct'01) – Chicago, IL
Employee: Sr. Management Consultant
*Following lists the CGEY's client engagements I successfully completed:*

<u>SAFEWAY</u>
Role: Team Lead/ Lead Technical Architect
- Safeway Demand Forecasting Data Exchange (EAI – J2EE)

<u>NORTEL NETWORKS</u>
Role: Technical Architect
- Nortel Networks Preside 2.5/3G Wireless Service Activation (EAI)

<u>CISCO NETWORKS</u>
Role: EAI (Tibco) Engineer
- CISCO eVox (EAI)

**FUJITSU Network Communications** (Aug'98 – Jun'99) – Dallas, TX - Role: Communication Systems Software Development Consultant
**CITICORP (Citi)** (Jan'98 – Aug'98) – Dallas, TX  Role: Software / Consultant
**LARSEN & TOUBRO INFORMATION TECHNOLOGY LTD, INDIA** ( Mar'97-Dec'97) Role: Software Graduate Engineer
**SYMMETRIC MULTIPROCESSING LTD. INDIA** (Jan'97 – Mar'97) Role: C++ programmer