## ** CIVIL MOTION MINUTES **

Date: **8/08/2014**                                Judge:   **Anthony J. Trenga**
                                                   Reporter:   **R. Montgomery**
Time: **12:15 – 1:03**


Civil Action Number: **1:13-cv-01481**

**CHIRAG SHAH**

vs.

**SOUTHWEST AIRLINES, et al**

Appearances of Counsel for     (**X**) Defendant          (**X**) Plaintiff

Motion to/for:
Motion in Limine to Exclude Testimony of Stan V. Smith [29] by Deft. - GRANTED
Motion in Limine to Exclude Testimony of Charlotte Bryan [30] by Deft.
Motion for Summary Judgment or In the Alternative, Partial Summary Judgment [36] by
Deft. – DENIED.
Motion in Limine to Exclude Evidence of Southwests Liability Insurance w/Associated
Memorandum of Law [39] by Deft.
Motion in Limine to Exclude Evidence of Ava Alleys Reference to Middle Eastern
Looking Men in her Company Report w/Associated Memorandum of Lay [41] by Deft.
Motion in Limine (Pltff's Motion in Limine for Certain Pre-trial Orders) [43] by Pltf.

Argued &
(  ) Granted     (  ) Denied     (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement     (  ) Continued to

Parties are encouraged to schedule a settlement conference with Magistrate Judge
Anderson.

(  ) Report and Recommendation to Follow
(**X**) Order to Follow

Pltf.:   Thomas Breeden                     Deft.:   Jonathan Stern
                                                     Aaron Fickes