IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHIRAG SHAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-1481 (AJT/JFA) |
| ) | |
| SOUTHWEST AIRLINES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on Defendant Southwest Airlines' Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment [Doc. No. 36], Motion *in Limine* to Exclude Testimony of Stan V. Smith [Doc. No. 29], Motion *in Limine* to Exclude Certain Testimony of Charlotte Bryan [Doc. No. 30], Motion *in Limine* to Exclude Evidence of Southwest's Liability Insurance [Doc. No. 39], and Motion *in Limine* to Exclude Evidence of Ava Alley's Reference to "Middle Eastern Looking Men" in her Company Report [Doc. No. 41], as well as Plaintiff's Motion *in Limine* for Certain Pretrial Orders [Doc. No. 43]. For the reasons discussed in open court at the hearing held on August 8, 2014, it is hereby

ORDERED that Defendant Southwest Airlines' Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment [Doc. No. 36] be, and the same hereby is, DENIED; and it is further

ORDERED that Defendant Southwest Airlines' Motion *in Limine* to Exclude Testimony of Stan V. Smith [Doc. No. 29] be, and the same hereby is, GRANTED.

The Court reserves judgment on the other motions *in limine*.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

August 8, 2014
Alexandria, Virginia