IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHIRAG SHAH, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No. 1:13CV1481 |
| | ) |
| SOUTHWEST AIRLINES, et al | ) |
| | ) |
|        Defendant. | ) |

## **PLAINTIFF'S PROPOSED VOIR DIRE**

Plaintiff, Chirag Shah, hereby requests that this Court pose the following questions to the *venire*:

We are here to decide the case of Chirag Shah v Southwest Airlines Co. Mr. Shah, the Plaintiff, claims that Southwest Airlines wrongfully removed him and another man from a flight from Dulles International Airport on the basis of their race or ethnicity. Southwest Airlines, the Defendant, in turn, claims that Mr. Shah and the other passenger were removed because their behaviors allegedly aroused the suspicions of the flight attendants.

It is extremely important to both parties that the jury seated in this case be fair and impartial. Many people have had experiences in their lives that influence the way they think about certain things. These experiences can affect the way a prospective juror will act in a case and whether that prospective juror can accept and apply the law as it is to a certain factual situation. A person may be qualified to sit as a juror in one kind of case but not in another.

We are about to pick a jury in this case. The court will ask you questions. It is important that you answer the questions truthfully and accurately.

1. Do you, a member of your family, or any close friend know the plaintiff, Chirag Shah, or any of his family members?

2. Mr. Shah is being represented at trial by Thomas R. Breeden of Thomas R. Breeden, PC in Manassas, Virginia and Jonathan Miller of the Bromberg Law Office, PC in New York, New York.

3. Southwest Airlines is represented at trial by Jonathan M. Stern and Aaron J. Fickes of the international law firm of Schnader Harrison Segal & Lewis LLP, with offices in Washington, DC; New York, New York; Philadelphia, Pa; Pittsburgh, Pa; Cherry Hill, New Jersey; Wilmington, Delaware; San Francisco, California; and Jakarta, Indonesia.

4. Do you, a member of your family, or any close friend know any of the attorneys or paralegals involved in this case?

5. Have you, a member of your family, or any close friend been represented by any of these attorneys?

6. Do you, a member of your family, or any close friend know any of the following individuals, who may be called to testify at trial as witnesses?

   _ Chirag Shah
   _ George Cannon
   _ Elaine Bohlin
   _ Regina Paschall
   _ Ava Alley
   _ Shannon Ramos
   _ Charlotte Bryan
   _ Tim Leonard
   _ Donald Harper
   _ Ruby Boykin
   _Officer T. White
   _Elizabeth Behrens
   _John Chausee
   _Mary Mortensen
   _Susan Saavedra

7. Has anyone ever serve on another jury
   a. If so, was the case a civil or criminal case
   b. Has anyone ever been a plaintiff or defendant in a civil action?
   c. If so, what was the nature of the case

8. Do any of you have any legal training or experience?

9. Are any of you a lawyer, or are you married to a lawyer?
   a. If so, what field of law?
   b. Do you handle Plaintiff or Defense matters?
   c. If you are married to a lawyer, what is that lawyer's name?

10. Are you, a member of your family, or any close friend employed by an airline?

11. Have you, a member of your family, or any close friend been employed in the past by an airline?

12. Are you, a member of your family, or any close friend employed in the transportation industry?

13. Have you, a member of your family, or any close friend been employed in the past in the transportation industry?

14. Do any of you have family members or close friends who were victims of the September 11, 2001 attacks?

15. Do any of you have family members or close friends who were victims of the Boston Marathon Bombing?

16. Do any of you have family members or close friends who were victims of any terrorist attack?

17. Have any of you or any family members or close friends ever been accused of discrimination?

18. Have you or any of your family members or close friends ever been an employee of any person or company that has been accused of discrimination?

19. Have any of you or any family members or close friends ever been a victim of discrimination?

20. Do you believe that a member of one minority group can discriminate against a member of another minority group?

21. Does everyone feel businesses should treat customers without regard to their ethnicity?

22. Do any of you have reservations or concerns with the law that holds a corporation responsible for the actions of its employees?

23. Do any of you believe that an injured person should not be compensated to the full extent the law will allow?

24. Do any of you believe that every effort should not be made to compensate a person injured as the result of discrimination?

25. Do any of you know a person who has been treated for depression, anxiety, or other mental issues?

26. Would any of you have any reservations in awarding monetary damages to the fullest extent the law will allow?

27. If the plaintiff proves that he suffered emotional distress as a result of the defendant's actions, would any of you have reservations in awarding the plaintiff damages associated with emotional distress?

28. Do any of you feel that providing compensation for damages for emotional distress or pain and suffering is less important than compensation for lost wages and medical expenses?

29. Would any of you have any reservations in awarding punitive damages against the defendant if the evidence and law supported such a finding?

30. Do any of you feel like you could not award punitive damages, even if you found that the defendant had acted unlawfully?

31. Do any of you feel that it is wrong to award a plaintiff punitive damages to punish a corporation for its wrongdoing?

32. Do any of you feel that awarding punitive damages can do more harm than good?

33. Do any of you believe that most tort laws should be reformed or changed?

34. Do any of you believe that the law relating to awarding damages for committing fraud should be changed?

35. Do any of you believe that jurors are entitled to disregard the law in reaching a verdict?

36. Do any of you believe that it is generally wrong to file a lawsuit or resort to the courts?

37. Do any of you believe that most lawsuits that are filed should not be filed?

38. Do any of you believe that some of the jury verdicts that you hear about sound like they are excessively high?

39. Do any of you believe that most jury verdicts that you hear about are too high?

40. Do any of you believe that a large jury verdict is never appropriate?

41. Do any of you believe that money damages, known as punitive damages, should not be used to punish improper conduct?

42. Are there any of you who feel that even if serious misconduct is shown by the evidence you would be reluctant to assess money damages as punishment?

43. Do any of you believe that juries should not decide court cases?

44. How many people believe there are too many lawsuits in our society today?

45. How many believe there are too many *discrimination* lawsuits?

46. If anyone feels so, what makes you think there are too many lawsuits?

47. Any specific lawsuit offend you more than the others?

48. Are you, a member of your family, or any close friend employed by a law enforcement agency, including, but not limited to, a police department or the Federal Bureau of Investigation?

49. Are you, a member of your family, or any close friend employed by an agency or entity involved with transportation security, including, but not limited to, the Transportation Security Administration or the Department of Homeland Security?

50. Are you, a member of your family, or any close friend an active or reserve member of the United States Armed Forces, including, but not limited to, the Army, Navy, Air Force, Marines or Coast Guard?

51. Have you, a member of your family, or any close friend been a party in a lawsuit?

52. Have you, a member of your family, or any close friend been a witness in a lawsuit?

53. If you were a passenger on an airplane and you noticed another passenger who you believed to be of Middle Eastern or Arab descent, would you feel uncomfortable to fly? If yes, why?

54. If you were a passenger on an airplane and you noticed another passenger who you believed to be Muslim, would you feel uncomfortable to fly? If yes, why?

55. If you were a passenger on an airplane and you noticed another passenger of South Asian or Indian descent, would you feel uncomfortable? If yes, why?

56. If you were a passenger on an airplane and you noticed another passenger looking out a window, would you feel uncomfortable? If yes, why?

57. If you were a passenger on an airplane and you noticed another passenger had brought food and a drink onto the plane, would you feel uncomfortable? If yes, why?

58. If you were a passenger on an airplane and you noticed another passenger had failed to buckle their seat belt until after the plane was taxiing to the runway, would you feel uncomfortable? If yes, why?

59. If you were a passenger on an airplane and you noticed another passenger made eye contact with another passenger across the aisle, would you feel uncomfortable? If yes, why?

60. If you were a passenger on an airplane and you noticed another passenger was flipping through the magazines which the airline places on the seats, would you feel uncomfortable? If yes, why?

61. If you were a passenger on an airplane and you noticed another passenger wsa looking at the flight attendant, would you feel uncomfortable? If yes, why?

62. If you were a passenger on an airplane and you noticed the flight attendant was sitting in her seat glaring at you, would you feel uncomfortable? If yes, why?

63. If an individual told you that another person was a security risk, but they refused to tell you why, would you be inclined to believe him?

64. Would you give credence to an expert who gives you an opinion, but refuses to tell you how he or she reached that opinion?

65. Would you give more weight to an expert's opinion if that expert tells you the opinion is based on governmental secret information?

66. Would you still give more weight to that opinion if the expert refuses to tell you what that opinion is based on?

67. Do you believe that a verdict against Defendant Southwest Airlines would result in an increase in ticket prices?

68. Is there anything I have not asked you that you think is important for me to know?

69. Anyone feel there is any reason why you cannot or should not be a juror in this case?

Plaintiff requests individualized examination of each juror who responds in the affirmative to any of the foregoing questions.