## CONTINUATION OF CIVIL
## TRIAL BY JURY

Date:  **9/09/2014**          Case No.:  **1:13CV1481**          Time:  **9:05 - 9:30**
                                                                      **9:43 - 11:35**
                                                                      **12:15 -  1:00**
Before the Honorable:  **Anthony J. Trenga**          Lunch:  **1:00 -  2:05**
                                                              **2:05 -  3:36**
Court Reporter:  **N. Linnell**                               **4:04 -  5:45**

Courtroom Deputy:  **J. Allen**

| PARTIES | COUNSEL |
|---|---|
| **CHIRAG SHAH** <br><br> vs. <br><br> **SOUTHWEST AIRLINES, et al** | **Thomas Breeden** <br> **Jonathan Miller** <br><br><br> **Jonathan stern** <br> **Aaron Fickes** |

THIS MATTER CAME ON FOR DAY 2 OF THE TRIAL BY JURY. PARTIES APPEARED AS PREVIOUS.  JURORS APPEARED AS PREVIOUS.

**Preliminary matters:**   Out of the presence of the Jury, parties review portions of the jury instructions.

Pltf. continued to adduce evidence and rests.

Out of the presence of the Jury, Def. Motions for R50 Judgment as a Matter of Law (JMOL).  Pltf. argues.  The deft's motions as to punitive damages – granted; and denied as to liability.

The Court made rulings as to SSI.

Deft. adduced evidence

Jury excused at 5:42 to return for day 3 of the Jury Trial.

Matter continued to **9/10/2014 @ 9:30 a.m.** for day 3 of the Jury Trial.

Parties are to appear at 9:00 a.m. to address preliminary matters.

Jurors are asked to arrive approx. 9:15 a.m.