IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
IN OPEN COURT

SEP 1 2 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

CHIRAG SHAH,

    Plaintiff,

v.

    Civil Action No. 1:13-cv-1481 (AJT/JFA)

SOUTHWEST AIRLINES, *et al.*,

    Defendants.

## JURY VERDICT FORM

Based on the instructions I have given to you, please answer the following questions:

1. Did Mr. Shah prove by a preponderance of the evidence that Southwest Airline's decision not to transport him was arbitrary and capricious?

    __1__ YES __6__ NO

IF YOU ANSWERED "YES," PROCEED TO QUESTION 2. OTHERWISE, PLEASE SKIP

TO THE SIGNATURE LINE AT THE END.

2. Did Mr. Shah prove by a preponderance of the evidence that Southwest Airlines intentionally discriminated against him on account of his perceived race, color, ethnicity, or ancestry?

    ____ YES ____ NO

IF YOU ANSWERED "YES," PROCEED TO QUESTION 3. OTHERWISE, PLEASE SKIP

TO THE SIGNATURE LINE AT THE END.

3. Did Mr. Shah prove by a preponderance of the evidence that the discrimination caused him to suffer a deprivation of his right to make and enforce contracts?

    ____ YES ____ NO

1

4.  If the answer to Question 3 was "YES," state the amount you find will compensate Mr. Shah for any such damages.

    $_____
    (Insert Dollar Amount)

**THE VERDICT FORM IS COMPLETE AND THE JURY FOREPERSON SHOULD SIGN THE FORM.**

THE ABOVE ANSWERS ARE THE TRUE AND CORRECT UNANIMOUS FINDINGS OF THE JURY.

