# United States District Court

EASTERN DISTRICT OF VIRGINIA

JUDGMENT IN A CIVIL CASE

CHIRAG SHAH
Plaintiff,

v.                              CASE NUMBER: 1:13CV01481-(AJT/JFA)

SOUTHWEST AIRLINES, et al
Defendant.

[X] **Jury Verdict**. This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[ ] **Decision of the Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

     IT IS SO ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the

Defendant, SOUTHWEST AIRLINES, et al and against the Plaintiff, CHIRAG SHAH.

This Judgment is entered in accordance with the attached Jury Verdict dated September 12, 2014.


September 12, 2014                                   Fernando Galindo
Date                                                 Clerk of Court

                                                             /s/ Janice Allen
                                                             (By) Deputy Clerk